**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**(Alexandria Division)**

```
---------------------------------------------------------------X
In re:                                          :      Chapter 11
                                                :
Brenda Renee Rahim                              :      No. 26-11214
                                                :
                 Debtor.                        :
                                                :
---------------------------------------------------------------X
```

**AFFIDAVIT PURSUANT TO FEDERAL RULE OF BANKRUPTCY**
**PROCEDURE 2014 AND SECTION 327 OF THE BANKRUPTCY CODE**

Daniel M. Press, an attorney, affirms and declares under penalty of perjury as follows:

1. I am an attorney who maintains offices for the practice of law at 6718 Whittier Ave., Suite 200, McLean, Virginia 22101.

2. I am admitted to practice before the Courts of the Commonwealth of Virginia, State of Maryland, District of Columbia, the United States District Courts for the District of Maryland, Eastern and Western Districts of Virginia, District of Columbia, Northern District of California, Eastern District of Missouri, Eastern District of Michigan, Northern District of Ohio, Northern District of Illinois, and District of Puerto Rico, including the Bankruptcy Courts situated therein, the U.S. Courts of Appeals for the 4th, D.C., 3rd, 9th, 11th, and Federal Circuits, and the U.S Supreme Court.

3. I submit this affidavit in support of the application of Brenda Renee Rahim (the "Debtor") to employ me as counsel to represent the Debtor in this chapter 11 case. Neither I, nor any firm with which I am affiliated, nor any principal, or associate thereof, insofar as I have been able to ascertain after reasonable investigation, has any

Daniel M. Press, VSB# 37123
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
Counsel for Debtor

connection with the Debtor, other than as her attorneys in this case, nor with any creditors, any other parties-in-interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, except as follows:

• I serve on the Board of the Northern Virginia Bankruptcy Bar Association with Michael Freeman, Assistant U.S. Trustee.

• I have a credit card with Discover, a creditor in this case.

4.   The Debtor desires to employ me under a general retainer because of the diverse legal services that are likely to be required.  Subject to the approval of the Court, the Debtor has agreed to compensate me at my usual hourly rates ($595/hr.) and to reimburse me for expenses, charges and disbursements.

5.   Insofar as I have been able to ascertain, I am a disinterested person within the meaning of section 101(14) of the Bankruptcy Code, as modified by section 1107(b).

6.   I will not, while engaged in this case, undertake representation of any other entity in connection therewith.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 19, 2026.

 /s/ Daniel M. Press
Daniel M. Press, VSB 37123
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
dpress@chung-press.com

2