**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

In re:

**Brenda Renee Rahim,**

**Debtor.**

**Case No. 26-11214-BFK**

**Chapter 11**

**STATEMENT OF THE UNITED STATES TRUSTEE CONCERNING
APPOINTMENT OF A COMMITTEE OF UNSECURED CREDITORS**

TAKE NOTICE:  The Office of the United States Trustee files this statement of record to inform parties in interest and the Court that the United States Trustee has not appointed a committee of unsecured creditors under 11 U.S.C. § 1102.  The United States Trustee reserves all rights with respect to 11 U.S.C. § 1102, including, but not limited to, the decision to appoint a committee hereinafter, if deemed appropriate.

Dated:  May 20, 2026

Matthew W. Cheney
Acting United States Trustee, Region 4


By:   */s/ Kristen S. Eustis*
Kristen S. Eustis, VA Bar # 89729
Trial Attorney
Office of United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
(703) 557-7227 (Direct Dial)
(202) 934-4173 (Office Cell)
kristen.s.eustis@usdoj.gov