**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**EASTERN (ALEXANDRIA) Division**

In Re:    Brenda Renee Rahim                                   Case No. 26-11214 BFK
                                                              Chapter 11


NOTICE OF APPEARANCE

Please enter the appearance of Michael C. Wylie, Esq. and McCabe, Weisberg & Conway, LLC, as counsel for the secured creditor, <u>Liberty Savings Bank, FSB,</u> and add our name to the Mailing Matrix to receive copies of all Motions, Orders, Plans, and Notices filed herein.

<u>/s/ Michael C. Wylie, Esq.</u>
Michael C. Wylie, Esq.
Attorney for Movant
Bar No. 75590
McCabe, Weisberg & Conway, LLC
312 Marshall Avenue, Suite 800
Laurel, MD 20707
301-490-3361
bankruptcyva@mccabeesq.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of May, 2026 I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing pleading will be served electronically by the Court's CM/ECF system on the following:

Kristen S. Eustis
Office of the United States Trustee
1725 Duke Street
Ste 650
Alexandria, Virginia  22314

Daniel M. Press
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, Virginia  22101
Email: dpress@chung-press.com


I hereby further certify that on the 22nd day of May, 2026, a copy of the foregoing pleading was also mailed first class mail, postage prepaid to:

Brenda Renee Rahim
634 River Bend Rd
Great Falls, Virginia  22066
(Via U.S Mail)

<u>/s/ Michael C. Wylie, Esq.</u>
Michael C. Wylie, Esq.
