# United States Bankruptcy Court
## Eastern District of Virginia
Alexandria Division
200 South Washington Street
Alexandria, VA 22314

**Case Number**   26−11214−BFK
**Chapter**   11

**In re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Brenda Renee Rahim
634 River Bend Rd
Great Falls, VA 22066

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
Debtor: xxx−xx−4278

Employer Tax−Identification (EIN) No(s).(if any):
Debtor:  NA

## NOTICE OF POSSIBLE DISMISSAL
### PURSUANT TO LBR 1007−1 LISTS, SCHEDULES AND STATEMENTS;
### AND HEARING THEREON

**TO:**       **DEBTOR OR DEBTOR'S COUNSEL**

You filed a petition with the Office of the Clerk of the United States Bankruptcy Court, Eastern District of Virginia, on May 19, 2026. Pursuant to Local Bankruptcy Rule 1007−1, please be advised that the following document(s) are missing and must be filed within fourteen (14) days of the petition date.

**Missing Documents Due:**   June 2, 2026

*Failure to timely file the missing document(s) or to timely seek an extension of time, may result in the dismissal of your bankruptcy case.*

**\*\*Missing Document(s):**

 **All Schedules and Statement of Financial Affairs**
**Summary of Your Assets and Liabilities and Certain Statistical Information**
**Chapter 11 Statement of Your Current Monthly Income**
**Declaration About an Individual Debtor's Schedules and List of Equity Security Holders**

   If you fail to timely cure the deficiency or to timely seek an extension of time, you must appear at a hearing to explain why the bankruptcy case should not be dismissed for failure to timely cure the deficiency and any other deficiency(ies) or certifications that accrue before the hearing. The hearing will be held:

*Location: Chief Judge Kenney's Courtroom, U.S. Bankruptcy Court, 2nd Floor, 200 S. Washington St., Ctrm I, Alexandria, VA 22314*
*Date: June 16, 2026*
*Time: 11:00 AM*

*If the debtor(s) fails to appear at the hearing, the above−captioned case may be dismissed.*

*NOTICE: The hearing will be held only if the debtor(s) fails to timely cure each of the deficient items listed above or to timely seek an extension of time. The debtor is advised that a separate hearing will be held for each Notice of Possible Dismissal issued in a case.*

**Charri S Stewart**
**Clerk, United States Bankruptcy Court**

Date:   May 20, 2026

/s/   Tatiana Ines Lazo
Deputy Clerk
Direct Dial Telephone No. 703−258−1257

[1007115vMarch2025.jsp]

United States Bankruptcy Court

Eastern District of Virginia

In re:                                                                                              Case No. 26-11214-BFK

Brenda Renee Rahim                                                                  Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-9                        User: TatianaLa                                  Page 1 of 2

Date Rcvd: May 20, 2026                     Form ID: 1007115                                 Total Noticed: 10

The following symbols are used throughout this certificate:

**Symbol       Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
               regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 22, 2026:**

| Recip ID |   | Recipient Name and Address |
|---|---|---|
| db | + | Brenda Renee Rahim, 634 River Bend Rd, Great Falls, VA 22066-2705 |
| 17057521 | + | Aldridge Pite, 8100 Three Chopt Rd, Ste 240, Richmond, VA 23229-4833 |
| 17057522 | + | Daata 606 Retail LLC, 6803 Whittier Avenue, Suite 200, McLean, VA 22101-4546 |
| 17057523 | + | Discover, PO Box 30916, Salt Lake City, UT 84130-0916 |
| 17057525 | + | Liberty Savings Bank, PO Box 77404, Ewing, NJ 08628-6404 |
| 17057529 | + | Tariq Rahim, Loudoun County Adult Detention Ctr, 42035 Loudoun Ctr Pl, Leesburg, VA 20175-8954 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID |   | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 17057524 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | May 21 2026 02:31:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 17057526 | + | Email/Text: bankruptcy@td.com | May 21 2026 02:31:00 | Nordstrom, PO Box 100135, Columbia, SC 29202-3135 |
| 17057527 | + | Email/Text: BKEBN-Notifications@ocwen.com | May 21 2026 02:30:00 | PHH Mortgage Services, PO Box 24738, West Palm Beach, FL 33416-4738 |
| 17057528 |   | Email/Text: Bankruptcy.Notices@pnc.com | May 21 2026 02:30:00 | PNC Bank, PO Box 1820, Dayton, OH 45401 |

TOTAL: 4

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 22, 2026                          Signature:          /s/Gustava Winters

District/off: 0422-9

Date Rcvd: May 20, 2026

User: TatianaLa

Form ID: 1007115

Page 2 of 2

Total Noticed: 10

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 20, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Daniel M. Press | on behalf of Debtor Brenda Renee Rahim dpress@chung-press.com  pressdm@gmail.com;danpress@recap.email |
| Kristen S. Eustis | on behalf of U.S. Trustee Matthew W. Cheney Kristen.S.Eustis@usdoj.gov  robert.w.ours@usdoj.gov |
| Matthew W. Cheney | ustpregion04.ax.ecf@usdoj.gov |

TOTAL: 3