**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

|  |  |  |
|---|---|---|
| **IN RE:** | ) | **CASE NO.  26-11214-BFK** |
| **BRENDA RENEE RAHIM** | ) | **CHAPTER 11** |
| **DEBTOR** | ) | |
|  | ) | |

**NOTICE OF APPEARANCE PURSUANT TO BANKRUPTCY RULE 9010 (b) AND REQUEST FOR NOTICES UNDER BANKRUPTCY RULE 2002 REGARDING PROPERTY DESCRIBED AS  634 RIVER BEND ROAD, GREAT FALLS, VA 22066 AND THAT CERTAIN LOAN MORE SPECIFICALLY IDENTIFIED AS LOAN NUMBER *******9768**

NOW COMES PNC Bank National Association, by and through its attorney Brock and Scott, PLLC, pursuant to Bankruptcy Rule 9010 and makes its appearance as a creditor in this cause and, pursuant to Bankruptcy Rule 2002, requests that it be noticed on all pleadings, documents and hearings; that it receive copies of all documents; and be added to the matrix to be served at the addresses below:

Brock and Scott, PLLC
Attorneys at Law
3825 Forrestgate Dr.
Winston-Salem, NC 27103
VABKR@brockandscott.com

PNC Bank, N.A.
PO Box 94982
Cleveland, Ohio 44101

Please take notice that the undersigned hereby appears as counsel for PNC Bank National Association pursuant to Bankruptcy Rule 9010(b). The undersigned's filing of this notice is limited to the instant case noted above and should not be construed as unlimited representation of the

19-01191 BKPLN01

 

Creditor with respect to any and all matters, proceedings, or actions that may be taken in the instant case or any associated case or proceeding involving the above-named Creditor.

RESPECTFULLY SUBMITTED,

/s/ Mary F. Balthasar
M. Christine Maggard, VA Bar No. 33824
Robert Oliveri, VA Bar No. 47247
Mary F. Balthasar, VA Bar No. 34899
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: VABKR@brockandscott.com

19-01191 BKPLN01

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and exact copy of the foregoing Notice of Appearance has been electronically served or mailed, postage prepaid on <u>May 22, 2026</u> to the following:

Brenda Renee Rahim
634 River Bend Rd
Great Falls, VA 22066

Daniel M. Press, Debtor's Attorney
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
dpress@chung-press.com

Matthew W. Cheney, US Trustee
1725 Duke Street
Suite 650
Alexandria, VA 22314

/s/ *Mary F. Balthasar*
M. Christine Maggard, VA Bar No. 33824
Robert Oliveri, VA Bar No. 47247
Mary F. Balthasar, VA Bar No. 34899
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: VABKR@brockandscott.com

19-01191 BKPLN01