## UNITED STATES BANKRUPTCY COURT

Eastern   DISTRICT OF   Virginia

Alexandria Division

In Re. Brenda Renee Rahim    §    Case No.   26-11214
                             §
                             §
_____      §
       Debtor(s)             §

☐ Jointly Administered

# Monthly Operating Report                     Chapter 11

Reporting Period Ended: 05/31/2026          Petition Date: 05/19/2026

Months Pending: 0                           Industry Classification: 0 0 0 0

Reporting Method:          Accrual Basis ◯        Cash Basis ◉

Debtor's Full-Time Employees (current):                    0

Debtor's Full-Time Employees (as of date of order for relief):    0

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒ Statement of cash receipts and disbursements
☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☐ Statement of operations (profit or loss statement)
☐ Accounts receivable aging
☐ Postpetition liabilities aging
☐ Statement of capital assets
☐ Schedule of payments to professionals
☐ Schedule of payments to insiders
☐ All bank statements and bank reconciliations for the reporting period
☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Daniel M Press                        Daniel M Press
Signature of Responsible Party            Printed Name of Responsible Party

06/23/2026
Date

                                          6718 Whittier Ave #200 McLean VA  22101
                                          Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021) - Mac                1

Debtor's Name  Brenda Renee Rahim                                     Case No.  26-11214

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $55,912 | |
| b. Total receipts (net of transfers between accounts) | $3,317 | $3,317 |
| c. Total disbursements (net of transfers between accounts) | $4,290 | $4,290 |
| d. Cash balance end of month (a+b-c) | $54,939 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $4,290 | $4,290 |

| Part 2:  Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $0 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. Inventory    (Book ○    Market ○    Other ◉    (attach explanation)) | $0 |
| d  Total current assets | $0 |
| e. Total assets | $0 |
| f. Postpetition payables (excluding taxes) | $0 |
| g. Postpetition payables past due (excluding taxes) | $0 |
| h. Postpetition taxes payable | $0 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $0 |
| k. Prepetition secured debt | $0 |
| l. Prepetition priority debt | $0 |
| m. Prepetition unsecured debt | $0 |
| n. Total liabilities (debt) (j+k+l+m) | $0 |
| o. Ending equity/net worth (e-n) | $0 |

| Part 3:  Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $0 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. Gross profit (a-b) | $0 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $0 | |
| f. Other expenses | $0 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $0 | $0 |

UST Form 11-MOR (12/01/2021) - Mac                    2

Debtor's Name  Brenda Renee Rahim                                      Case No.  26-11214

## Part 5:  Professional Fees and Expenses

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

UST Form 11-MOR (12/01/2021) - Mac                            3

Debtor's Name  Brenda Renee Rahim                                        Case No.  26-11214

| | | | | | | |
|---|---|---|---|---|---|---|
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxviii | | | | | | |

UST Form 11-MOR (12/01/2021) - Mac                    4

Debtor's Name  Brenda Renee Rahim                                     Case No.  26-11214

| | | | | | |
|---|---|---|---|---|---|
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxiii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |
| xcix | | | | | |
| c | | | | | |
| ci | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| | i | | | | | |
| | ii | | | | | |
| | iii | | | | | |
| | iv | | | | | |
| | v | | | | | |
| | vi | | | | | |
| | vii | | | | | |
| | viii | | | | | |
| | ix | | | | | |
| | x | | | | | |
| | xi | | | | | |
| | xii | | | | | |
| | xiii | | | | | |
| | xiv | | | | | |

UST Form 11-MOR (12/01/2021) - Mac                    5

Debtor's Name  Brenda Renee Rahim                                                    Case No.  26-11214

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

UST Form 11-MOR (12/01/2021) - Mac                    6

Debtor's Name  Brenda Renee Rahim                                                        Case No.  26-11214

| | | | | | | |
|---|---|---|---|---|---|---|
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxviii | | | | | | |
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |

UST Form 11-MOR (12/01/2021) - Mac                          7

Debtor's Name  Brenda Renee Rahim                                                      Case No.  26-11214

| | xcix | | | | | | |
|---|---|---|---|---|---|---|---|
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a.  Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b.  Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c.  Postpetition employer payroll taxes accrued | $0 | $0 |
| d.  Postpetition employer payroll taxes paid | $0 | $0 |
| e.  Postpetition property taxes paid | $0 | $0 |
| f.  Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g.  Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

a.  Were any payments made on prepetition debt?  (if yes, see Instructions)     Yes ◯   No ⦿

b.  Were any payments made outside the ordinary course of business
without court approval?  (if yes, see Instructions)     Yes ◯   No ⦿

c.  Were any payments made to or on behalf of insiders?     Yes ◯   No ⦿

d.  Are you current on postpetition tax return filings?     Yes ⦿   No ◯

e.  Are you current on postpetition estimated tax payments?     Yes ⦿   No ◯

f.  Were all trust fund taxes remitted on a current basis?     Yes ⦿   No ◯

g.  Was there any postpetition borrowing, other than trade credit?
(if yes, see Instructions)     Yes ◯   No ⦿

h.  Were all payments made to or on behalf of professionals approved by
the court?     Yes ◯   No ◯   N/A ⦿

i.  Do you have:     Worker's compensation insurance?     Yes ◯   No ⦿

   If yes, are your premiums current?     Yes ◯   No ◯   N/A ⦿   (if no, see Instructions)

   Casualty/property insurance?     Yes ⦿   No ◯

   If yes, are your premiums current?     Yes ⦿   No ◯   N/A ◯   (if no, see Instructions)

   General liability insurance?     Yes ⦿   No ◯

   If yes, are your premiums current?     Yes ⦿   No ◯   N/A ◯   (if no, see Instructions)

j.  Has a plan of reorganization been filed with the court?     Yes ◯   No ⦿

k.  Has a disclosure statement been filed with the court?     Yes ◯   No ⦿

l.  Are you current with quarterly U.S. Trustee fees as
set forth under 28 U.S.C. § 1930?     Yes ⦿   No ◯

UST Form 11-MOR (12/01/2021) - Mac                    8

Debtor's Name  Brenda Renee Rahim                                                    Case No.  26-11214

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---:|
| a. | Gross income (receipts) from salary and wages | $2,572 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $745 |
| d. | Total income in the reporting period (a+b+c) | $3,317 |
| e. | Payroll deductions | $669 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $326 |
| h. | All other expenses | $3,294 |
| i. | Total expenses in the reporting period (e+f+g+h) | $4,289 |
| j. | Difference between total income and total expenses (d-i) | $-972 |
| k. | List the total amount of all postpetition debts that are past due | $0 |

l. Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)?                Yes ◯  No ◉

m. If yes, have you made all Domestic Support Obligation payments?                Yes ◯  No ◯  N/A ◉

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6).  The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith.  This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee.  11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ Brenda R. Rahim

Signature of Responsible Party

Debtor

Title

Brenda Renee Rahim

Printed Name of Responsible Party

06/22/2026

Date

Debtor's Name  Brenda Renee Rahim                                      Case No.  26-11214



PageOnePartOne

PageOnePartTwo

PageTwoPartOne

PageTwoPartTwo

Debtor's Name  Brenda Renee Rahim                                            Case No.  26-11214



Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

UST Form 11-MOR (12/01/2021) - Mac                    11

Debtor's Name Brenda Renee Rahim                                    Case No. 26-11214



PageThree



PageFour



Brenda Rahim

634 River Bend Road
Great Falls VA 22066

## Thanks for saving with Capital One 360®

Here's your **May 2026** bank statement.

STATEMENT PERIOD
**May 1 - May 31, 2026**

# $9,027.76
TOTAL ENDING BALANCE
IN ALL ACCOUNTS

## Account Summary

| ACCOUNT NAME | May 1 | May 31 |
|---|---|---|
| **360 Checking...4540** | $6,473.22 | **$1,423.04** |
| **360 Performance Savings...4755** | $7,585.03 | **$7,604.72** |
| **All Accounts** | $14,058.25 | **$9,027.76** |

## Cashflow Summary

➕ **$20.02** INTEREST EARNED
THIS PERIOD

## 360 Checking · 4540

| 0.10% | **$2.95** | 31 |
|---|---|---|
| ANNUAL PERCENTAGE YIELD (APY) EARNED | YTD INTEREST AND BONUSES | DAYS IN STATEMENT CYCLE |

 capitalone.com     1-888-464-0727     P.O. Box 85123, Richmond, VA 23285     MEMBER FDIC

**※ Citizens™**

RESTON
TUESDAY, MAY 26, 2026
15:57

Withdrawal

Account Number: XXXXXXXXXXXX1345
Amount: $10,998.45

Bank: 800
Branch: 016
Transaction #: 7016020603

Ask us about our products, tools, and
resources for students and families.
Member FDIC.
citizensbank.com/student

**※ Citizens™**

RESTON
TUESDAY, MAY 26, 2026
15:51

Deposit

Account Number: XXXXXXXXXXXX1345
Amount: $550.13

Bank: 800
Branch: 016
Transaction #: 7016020599

Ask us about our products, tools, and
resources for students and families.
Member FDIC.
citizensbank.com/student

**※ Citizens™**

RESTON
TUESDAY, MAY 26, 2026
15:51

Savings Closeout

Account Number: XXXXXXXXXXXX8299
Amount: $550.13

Bank: 800
Branch: 016
Transaction #: 7016020599

Ask us about our products, tools, and
resources for students and families.
Member FDIC.
citizensbank.com/student

# Citizens®

US702 | BR016
ROP 450
P.O. Box 7000
Providence, RI 02940

**Checking Account
Statement**

**Page 1 of 3**

Beginning April 11, 2026
through May 12, 2026

## Questions? Contact us today:

**CALL:**
Checking Account Customer Service
1-877-242-7837

**VISIT:**
Access your account online:
citizensbank.com

**MAIL:**
Citizens
Customer Service Center
P.O. Box 42001
Providence, RI 02940-2001

BRENDA R RAHIM
634 RIVER BEND RD
GREAT FALLS VA  22066-2705

**BRENDA R RAHIM**

**One Deposit Checking**
**XXXXXX-134-5**

## One Deposit Checking  for XXXXXX-134-5

**Balance Calculation**

| | | |
|---|---|---|
| Previous Balance | | 7,717.71 |
| Checks | - | .00 |
| Withdrawals & Debits | - | 2,828.41 |
| Deposits & Credit | + | 3,980.73 |
| **Current Balance** | = | 8,870.03 |

The $9.99 monthly maintenance fee is waived when you make at least 1 deposit that is posted before the end of your statement period.

    You made at least 1 deposit.
Good news! The monthly maintenance fee was waived based on your account activity.

Your next statement period will end on June 10, 2026.

Please See Additional Information on Next Page

Member FDIC ⌂ Equal Housing Lender

## One Deposit Checking for XXXXX-134-5 Continued

### TRANSACTION DETAILS FOR CHECKING ACCOUNT ENDING 134-5

| | | | | Previous Balance |
|---|---|---|---|---|
| **Withdrawals & Debits \*\*** | | | | |
| \*\*May include checks that have been processed electronically by the payee/merchant. | | | | 7,717.71 |
| | | | | **Total Withdrawals & Debits** |
| *Date* | *Amount* | *Description* | | |
| **ATM/Purchases** | | | | |
| 04/13 | 45.10 | 0724 DBT PURCHASE - 0003 LIDL #1478 STERLING VA | - | 2,828.41 |
| 04/13 | 18.40 | 0724 DBT PURCHASE - 000000 OLD BROGUE IRI GREAT FALL S VA | | |
| 04/13 | 17.40 | 0724 DBT PURCHASE - 000000 OLD BROGUE IRI GREAT FALL S VA | | |
| 04/13 | 18.40 | 0724 DBT PURCHASE - 000000 OLD BROGUE IRI GREAT FALL S VA | | |
| 04/14 | 7.00 | 0724 DBT PURCHASE - 100194 1020-ETIX-Lang FALLS CHUR CH VA | | |
| **Other Withdrawals & Debits** | | | | |
| 04/14 | 1,000.00 | CAON36 CK WEBXFR ETRANSFER 260414 17342902413 | | |
| 05/04 | 222.11 | DISCOVER E-PAYMENT 260501 8419 | | |
| 05/08 | 1,500.00 | CAON36 CK WEBXFR ETRANSFER 260508 17650126801 | | |

| | | | | Total Deposits & Credits |
|---|---|---|---|---|
| **Deposits & Credits** | | | | |
| *Date* | *Amount* | *Description* | + | 3,980.73 |
| 04/22 | 1,997.32 | Air Line Pilots  PAYROLL   260424 CITIZENS PAID EARLY | | |
| 05/06 | 1,983.41 | Air Line Pilots  PAYROLL   260508 CITIZENS PAID EARLY | | |

| | | | | | | | | Current Balance |
|---|---|---|---|---|---|---|---|---|
| **Daily Balance** | | | | | | | | |
| *Date* | *Balance* | *Date* | *Balance* | *Date* | *Balance* | | = | 8,870.03 |
| 04/13 | 7,618.41 | 04/22 | 8,608.73 | 05/06 | 10,370.03 | | | |
| 04/14 | 6,611.41 | 05/04 | 8,386.62 | 05/08 | 8,870.03 | | | |

Member FDIC ⌂ Equal Housing Lender

# ❊❊ Citizens®

## Checking Account Balance Worksheet

Before completing this worksheet, please be sure to adjust your checkbook register balance by

- Adding any interest earned
- Subtracting any fees or other charges

**1** Your current balance on this statement

$ _____

Current Balance

**2** List deposits which do not appear on this statement

| Date | Amount | Date | Amount |
|------|--------|------|--------|
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |

+ $ _____

Total of 2

**3** Subtotal by adding 1 and 2

= $ _____

Subtotal of 1 and 2

**4** List outstanding checks, transfers, debits, POS purchases or withdrawals that do not appear on this statement.

| Date/ Check No. | Amount | Date/ Check No. | Amount |
|-----------------|--------|-----------------|--------|
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |

- $ _____

Total of 4

**5** Subtract 4 from 3. This should match your checkbook register balance.

= $ _____

Total

## CUSTOMER SERVICE

If you have any questions regarding your account or discover an error, call the number shown on the front of your statement or write to us at the following address:

*Citizens*
*Customer Service Center*
*P.O. Box 42001*
*Providence, RI 02940-2001*

## Change of Address

Please call the number shown at the front of your statement to notify us of a change of address.

## DEPOSIT ACCOUNTS ARE NON-TRANSFERABLE

Personal deposit accounts, such as CD's and savings accounts, cannot be transferred to another person or to a corporate entity.

Citizens is a brand name of Citizens Bank, N.A.    REV 12/22

## ELECTRONIC TRANSFERS

**In Case of Errors or Questions About Your Electronic Transfers**
(For Consumer Accounts Used Primarily for Personal, Family or Household Purposes)
Telephone us at the customer service number provided on Page 1 of this statement or write to us at the customer service address provided as soon as you can, if you think your statement or receipt is wrong or if you need more information about an electronic transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number, if any.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error and, if possible, the date it appeared on your statement or receipt.
- It will be helpful to us if you also give us a telephone number at which you can be reached in case we need any further information.

For consumer accounts used primarily for personal, family, or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

(For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.)

## OVERDRAFT LINES OF CREDIT
## BILLING RIGHTS SUMMARY

**What To Do If You Think You Find A Mistake On Your Statement:**
If you think there is an error on your statement write to us at the customer service address provided as soon as possible.
In your letter, give us the following information:

- Account information: Your name and account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error the following are true:

- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

## INTEREST CHARGE CALCULATIONS FOR OVERDRAFT LINE OF CREDIT ACCOUNTS BASED ON AVERAGE DAILY BALANCE COMPUTATION METHOD

### Calculating your Interest Charge
We calculate the interest charge on your Overdraft Line by applying the Daily Periodic Rate to the Average Daily Balance. Then, we multiply that result by the number of days in the billing cycle in which a balance is owed on your Overdraft Line. This gives us the total interest charge for that billing period.

### Calculating your Average Daily Balance
To calculate the average daily balance, we take the beginning balance of you Overdraft Line each day (which does not include any unpaid interest charges or fees), add any new loan advances as of the date of those advances and subtract any payments or credits. This gives us the daily balance. Then, we add all the daily balances for the billing cycle together and divide the total by the number of days in the billing cycle. This gives us the average daily balance of your account.

### Credit Bureau Reporting
We may report information about your Overdraft Line to credit bureaus for each joint account holder of your checking account. Late payments, missed payments, or other defaults on your Overdraft Line may be reflected in your credit report. If you believe we have furnished inaccurate or incomplete information to a credit reporting agency, write to us at the consumer service address provided and include your name, address, account number, and description of what you believe is inaccurate or incomplete.

*Thank you for banking with Citizens.*

AIF Name   BRENDA R RAHIM

06/10/2026

Page   1

634 RIVER BEND RD
GREAT FALLS VA 22066-2705

Account #        1867   *Truist Checking*

| Posting Date | Effective Date | Debit Credit | Tran Code | Description | Reference # | Check/ Serial # | Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| 05/19/2026 | 05/19/2026 | C | 3378 | Sajid Masood PAYMENT ID COFBZAPVPSIB ZELLE PAYMENT FROM | 111 | 0 | $745.00 | $16,585.89 |
| 06/04/2026 | 06/04/2026 | C | 3378 | Sajid Masood PAYMENT ID COF3620X3VXH ZELLE PAYMENT FROM | 111 | 0 | $3,000.00 | $19,585.89 |
| 06/04/2026 | 06/04/2026 | C | 0450* | INTEREST PAYMENT | 1638106 | 0 | $0.13 | $19,586.02 |

Please be aware that the Ending Balance only reflects items posted. It **does not** include holds or unavailable deposit funds that may reduce the available balance used to pay items.
© 2026 Truist, Member FDIC.

 **DISCOVER**®

# CASHBACK DEBIT

Account Number:          6006
Statement Period: May 01, 2026 - May 31, 2026

Page 1 of 3

## ACCOUNT SUMMARY

| | |
|---|---|
| Beginning Balance | ...................................$1,682.42 |
| Deposits and Credits | ...................................+$5,000.00 |
| Checks | ...................................-$0.00 |
| ATM and Debit Card Withdrawals | ...................................-$2,782.82 |
| Electronic Withdrawals | ...................................-$0.00 |
| Service Charges, Fees, and Other Withdrawals | ...................................-$0.00 |
| Ending Balance | ...................................$3,899.60 |

## REWARDS

| | |
|---|---|
| Debit Card *Cashback Bonus*® | |
| Opening Balance | ...................................+$53.70 |
| New Debit Card *Cashback Bonus* This Period | |
| Debit Card Purchases | ...................................+$27.83 |
| Adjustments: Positive | ...................................+$0.00 |
| Adjustments: Returns/Reversals | ...................................+$0.00 |
| Promotions | ...................................+$0.00 |
| Redeemed This Period | ...................................-$0.00 |
| Debit Card *Cashback Bonus* Ending Balance | ...................................+$81.53 |

⚠ Adjustments to your Debit Card *Cashback Bonus* from debit card transactions that are not reward eligible or returns of debit card purchases will be applied to your Debit Card *Cashback Bonus* Balance in a subsequent month and will be reflected in your Debit Card *Cashback Bonus* Ending Balance.

## ACCOUNT ACTIVITY

Deposits and Credits

| Eff. Date | Syst. Date | Description | | | Amount |
|---|---|---|---|---|---|
| May 26 | May 26 | Transfer From ONLINE SAVINGS 2286 | | $ | 5,000.00 |
| | | TOTAL DEPOSITS AND CREDITS | | $ | 5,000.00 |

ATM and Debit Card Withdrawals

| | | | | | |
|---|---|---|---|---|---|
| May 01 | May 03 | Debit Purchase 0501 2392 SVDP MONROEVILL | MONROEVILLE  PA  US | $ | 9.12 |
| May 05 | May 05 | Debit Purchase 0505 2392 SAFEWAY 1417 | GREAT FALLS  VA  US | | 23.01 |
| May 06 | May 08 | Debit Purchase 0506 2392 BP#8332090GREEN | CULPEPER      VA  US | | 40.02 |
| May 08 | May 08 | Debit Purchase 0508 2392 SAFEWAY 1417 | GREAT FALLS  VA  US | | 20.68 |
| May 10 | May 10 | Debit Purchase 0510 2392 TRADER JOE S #6 | FALLS CHURCH VA  US | | 24.13 |

*Continued on Page 2*

| Contact Us | | | | |
|---|---|---|---|---|
| Online Discover.com | Mobile Download our app | Phone 1-800-347-7000 Hearing/Speech Impaired Dial 711 (Relay Service) | Mail Discover, PO Box 30416 Salt Lake City, UT 84130 | |

Please fold on the perforation below, detach and return with your deposit.                    See last page for important information about your account.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -





BRENDA R RAHIM
634 River Bend Rd
Great Falls, VA 22066-2705



## Deposit Slip    Account number ending in 6006

| Date | | |
|---|---|---|
| List Checks Separately | Dollars | Cents |
| | $ | . |
| | $ | . |
| | $ | . |
| | $ | . |
| | $ | . |
| TOTAL | $ | . |

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL
Do not send cash or staple checks to this form.
Mail to: Discover, PO Box 30417, Salt Lake City, UT 84130

:006⑊"  ⑈⑈0

| BRENDA R RAHIM | Account Number: | 5006 | Statement Period: May 01, 2026 - May 31, 2026 | Page 2 of 3 |

# ACCOUNT ACTIVITY

ATM and Debit Card Withdrawals

| Eff. Date | Syst. Date | Description | | | Amount |
|---|---|---|---|---|---|
| May 12 | May 12 | Debit Purchase 0512 2392 SPRINGHILL | MCLEAN      VA  US | $ | 25.02 |
| May 11 | May 13 | Debit Purchase 0511 2392 1030-ETIX-MCLEA | 5714233700   VA  US | | 7.00 |
| May 16 | May 17 | Debit Purchase 0516 2392 VA ABC STORE 08 | STERLING     VA  US | | 10.09 |
| May 26 | May 28 | Debit Purchase 0526 2392 APPLE.COM/US | 800-676-2775 CA  US | | 2,573.68 |
| May 29 | May 29 | Debit Purchase 0529 2392 SHELL SERVICE S | STERLING     VA  US | | 50.07 |
| | | TOTAL ATM AND DEBIT CARD WITHDRAWALS | | $ | 2,782.82 |

Eff. Date - for interest bearing products, the date interest calculation is impacted by transaction.
Syst. Date - the date transaction is generally processed and posted.

Overdraft/Returned Item Fees Summary

| | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

# CONTACT US



**Online**
Access your
account securely
at Discover.com



**Mobile**
Download our mobile
app in your app store to
manage your account,
anytime, anywhere



**Phone**
Call and enjoy live support from
Discover at 1-800-347-7000
Hearing/Speech Impaired
Dial 711 (Relay Service)



**Mail**
Discover
PO Box 30416
Salt Lake City, UT 84130



**CASHBACK DEBIT**

Account Number:        6006
Statement Period: May 01, 2026 - May 31, 2026

Page 3 of 3

## Balancing Your Bank Statement



Month _____ 20 _____

Withdrawals outstanding—not charged to account

| DATE/NO. | $ | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Bank balance shown
on this statement        $ _____

**ADD +**

Deposits not credited        $ _____
in this statement        $ _____
(if any)        $ _____

**TOTAL**        $ _____

**SUBTRACT −**

Withdrawals
Outstanding        $ _____

**BALANCE**        $ _____

Statement balance should agree with your account
register balance after deducting a service charge (if
any) shown on this statement for the previous month.

---

Important Information

In Case of Errors or Questions About Your Electronic Transfers

Telephone us at 1-800-347-7000 or write us at Discover, PO Box 30411, Salt Lake City, UT 84130 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1.  Tell us your name and account number.

2.  Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

3.  Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

Preauthorized Credits

If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you can call us at 1-800-347-7000 to verify whether or not the deposit has been made.

©2024 Discover, a division of Capital One, N.A., Member FDIC

FDIC-Insured - Backed by the full faith and credit of the U.S. Government

# Truist One MMA 0593

# $15,004.94 ⓘ

Available balance as of 06/03/2026

**Recent**        Upcoming

| Date | Description | Category | Amount |
|------|-------------|----------|--------|
| 05/06/2026 | | Posted Balance: $15,004.94 | |
| 05/06/2026 | INTEREST PAYMENT | Savings & Investments | +$0.12 |
| 04/06/2026 | | Posted Balance: $15,004.82 | |
| 04/06/2026 | INTEREST PAYMENT | Savings & Investments | +$0.13 |
| 03/05/2026 | | Posted Balance: $15,004.69 | |
| 03/05/2026 | INTEREST PAYMENT | Savings & Investments | +$0.12 |
| 02/04/2026 | | Posted Balance: $15,004.57 | |
| 02/04/2026 | INTEREST PAYMENT | Savings & Investments | +$0.12 |
| 01/06/2026 | | Posted Balance: $15,004.45 | |
| 01/06/2026 | INTEREST PAYMENT | Savings & Investments | +$0.14 |
| 12/03/2025 | | Posted Balance: $15,004.31 | |
| 12/03/2025 | INTEREST PAYMENT | Savings & Investments | +$0.12 |
| 11/05/2025 | | Posted Balance: $15,004.19 | |
| 11/05/2025 | INTEREST PAYMENT | Savings & Investments | +$0.12 |
| 10/06/2025 | | Posted Balance: $15,004.07 | |

| 10/06/2025 | INTEREST PAYMENT | Savings & Investments | +$0.13 |
|---|---|---|---|
| 09/05/2025 | | | Posted Balance: $15,003.94 |
| 09/05/2025 | INTEREST PAYMENT | Savings & Investments | +$0.12 |
| 08/06/2025 | | | Posted Balance: $15,003.82 |
| 08/06/2025 | INTEREST PAYMENT | Savings & Investments | +$0.12 |
| 07/07/2025 | | | Posted Balance: $15,003.70 |
| 07/07/2025 | INTEREST PAYMENT | Savings & Investments | +$0.13 |
| 06/05/2025 | | | Posted Balance: $15,003.57 |
| 06/05/2025 | INTEREST PAYMENT | Savings & Investments | +$0.12 |
| 05/06/2025 | | | Posted Balance: $15,003.45 |
| 05/06/2025 | INTEREST PAYMENT | Savings & Investments | +$0.13 |
| 04/04/2025 | | | Posted Balance: $15,003.32 |
| 04/04/2025 | INTEREST PAYMENT | Savings & Investments | +$0.12 |
| 03/06/2025 | | | Posted Balance: $15,003.20 |
| 03/06/2025 | INTEREST PAYMENT | Savings & Investments | +$0.12 |
| 02/05/2025 | | | Posted Balance: $15,003.08 |
| 02/05/2025 | INTEREST PAYMENT | Savings & Investments | +$0.12 |
| 01/07/2025 | | | Posted Balance: $15,002.96 |
| 01/07/2025 | INTEREST PAYMENT | Savings & Investments | +$0.14 |
| 12/04/2024 | | | Posted Balance: $15,002.82 |
| 12/04/2024 | INTEREST PAYMENT | Savings & Investments | +$0.08 |
| 11/15/2024 | | | Posted Balance: $15,002.74 |
| 11/15/2024 | INTEREST PAYMENT | Savings & Investments | +$0.04 |
| 11/05/2024 | | | Posted Balance: $15,002.70 |

| 11/05/2024 | ◯ INTEREST PAYMENT | Savings & Investments | +$0.14 |
| 10/03/2024 | | | Posted Balance: $15,002.56 |
| 10/03/2024 | ◯ INTEREST PAYMENT | Savings & Investments | +$0.11 |
| 09/05/2024 | | | Posted Balance: $15,002.45 |
| 09/05/2024 | ◯ INTEREST PAYMENT | Savings & Investments | +$0.13 |
| 08/05/2024 | | | Posted Balance: $15,002.32 |
| 08/05/2024 | ◯ INTEREST PAYMENT | Savings & Investments | +$0.13 |
| 07/05/2024 | | | Posted Balance: $15,002.19 |
| 07/05/2024 | ◯ INTEREST PAYMENT | Savings & Investments | +$0.12 |
| 06/05/2024 | | | Posted Balance: $15,002.07 |
| 06/05/2024 | ◯ INTEREST PAYMENT | Savings & Investments | +$0.14 |

View statements for transactions made before 06/05/24

Daily Posted Balance: The posted balance after nightly processing is completed. Please note that transactions are paid from your Available Balance according to our posting order, and that the Available Balance may be different than your Daily Posted Balance. Important: The Daily Posted Balance does not reflect all pending transactions and fees and should not be used to determine how overdraft fees were assessed.

# coinbase

Coinbase Global, Inc.
248 3rd St, #434, Oakland, CA 94607
+1 888 908-7800

## Transaction History Report for Brenda Renee Rahim

You can use this transaction report to inform your likely tax obligations. For US customers, Sells, Converts, Rewards Income, Learning Rewards, and Donations are taxable events. For final tax obligations, please consult your tax advisor.

| Date Range | Filter | Account |
|---|---|---|
| From 2026-05-01 00:00:00 UTC | Type: all | brenda@brendarahim.com |
| To 2026-05-31 23:59:59 UTC | Asset: all | 8e613c2c-4527-51de-b2d8-d1002481fde6 |

## Portfolio summary

| Asset | Quantity | Market Price | Market Value |
|---|---|---|---|
| BTC | 0.006995<br>as of 2026-05-31 23:59:59 UTC | 73570.355 USD/BTC<br>as of 2026-05-31 23:53:00 UTC | 514.62 USD<br>as of 2026-05-31 23:53:00 UTC |
| ETH | 0.02707251<br>as of 2026-05-31 23:59:59 UTC | 2003.07 USD/ETH<br>as of 2026-05-31 23:53:00 UTC | 54.23 USD<br>as of 2026-05-31 23:53:00 UTC |
| NU | 5.17747403<br>as of 2026-05-31 23:59:59 UTC | 0.0156647081287663 USD/NU<br>as of 2026-05-31 23:53:00 UTC | 0.08 USD<br>as of 2026-05-31 23:53:00 UTC |
| USD | 50.11<br>as of 2026-05-31 23:59:59 UTC | 1.00000000 USD/USD<br>as of 2026-05-31 23:59:00 UTC | 50.11 USD<br>as of 2026-05-31 23:59:00 UTC |

Total Market Value
619.04 USD

[1] Inclusive of fees and/or spread. Actual amounts debited and credited to accounts may be rounded to the nearest cent, or smallest equivalent unit of currency. For some transactions, this value represents the best approximation of its fiat equivalent at the time of transaction.

| Timestamp | Transaction Type | Asset | Quantity Transacted | Price Currency | Price at Transaction | Subtotal | Total [1] | Notes |
|---|---|---|---|---|---|---|---|---|

No transactions were found for this time period

Venmo.

# Account Statement

(BR)

# Brenda
@Brenda-Rahim

## $0.86
**Transfer balance**

| Current month to date |
| --- |
| May 2026 |

Pay or Request

**Balance**

Beginning amount    $20.86

Ending amount    $0.86

**Transaction fees**

Current period    $0.00

Year-to-date    $0.00



Send to email

Business profile

**Create a business profile**

## Crypto Summary

| Crypto | USD |
| --- | --- |
| Available | Available end |

Venmo Credit Card

You're invited to apply

Learn more

Search

Notifications

Incomplete

● **Statements**

Settings                              +

Help Center

Log out

| | start | |
|---|---|---|
| Bitcoin Cash | 0.00000000 | 0.00000000 |
| Bitcoin | 0.00000000 | 0.00000000 |
| Ethereum | 0.00000000 | 0.00000000 |
| Litecoin | 0.00000000 | 0.00000000 |

## Completed transactions

Sarah Popovich                        -$20.00
May 24

Recent transactions could take up to 30 minutes to update your statement.

In case of errors or questions about your electronic transfers, telephone us at **855-812-4430**, write the Venmo Error Resolution Department at 222 W. Merchandise Plaza, Suite 800, Chicago, IL 60654, or write to us through the **Contact us** page.

Contact us as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared: Tell us your name and username or phone number, describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information, and finally tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

In case of errors or questions about your transactions made with your Venmo Mastercard, please consult your **Cardholder Agreement.**

**Contact Us**          **Manage Cookies**

Venmo is a service of PayPal, Inc., a licensed provider of money transfer services (NMLS ID: 910457). All money transmission is provided by PayPal, Inc. pursuant to **PayPal, Inc.'s licenses**. © 2021 PayPal, Inc.

Case 26-11214-BFK   Doc 22   Filed 06/23/26   Entered 06/23/26 04:40:20   Desc Main
Document   Page 29 of 31

Redeem

*Paypal*

## PayPal balance

# $0.00

Available

Transfer Money

## Recent activity

See when money comes in, and when it goes out. You'll find your recent PayPal activity here.

**Show all**

## Popular Cash Back deals                    **More**

## CITIZENS BANK NA
Checking ••••45

## SUNTRUST BANKS INC
Checking ••••67

## Found
Debit ••••14

## Mastercard
Credit ••••87

  Update

## Gap Visa® Card
Credit ••••84

  Update

## American Express
Credit ••••14

  Update

## Mastercard
Credit ••••48

  Update

6/22/26, 9:09 PM

Home

Finances

Send and Request

Rewards

Wallet

Activity

Help

LOG OUT

**You've been invited!**

Apply for the PayPal Cashback Mastercard®. See terms.

**Apply now**

✕

Send / Request

Create an invoice

Split a bill

Add card or bank

More

⇅

**Send again**

 選欣 王 Julianna DeLong

 diana Santam...

 Kathryn Burkha...

通王

DC David Conne

**PayPal Rewards**

# 310 points

$3.10 points back value

Available balance

**Banks and cards**



Filter by

**Date: Last 90 days**

# No transactions yet.

Want to try again with different dates?