## United States Bankruptcy Court
### Eastern District of Virginia
Alexandria Division
200 South Washington Street
Alexandria, VA 22314

**In re:**

**Case Number**  26–11214–BFK
**Chapter**  11

Brenda Renee Rahim
 634 River Bend Rd
Great Falls, VA 22066

**SSN:**  xxx–xx–4278        **EIN:**  NA

### NOTICE OF CHAPTER 11 STATUS CONFERENCE

**TO:** *Debtor(s)*            Brenda Renee Rahim, 634 River Bend Rd
                          Great Falls, VA 22066

  *Attorney for Debtor(s)*   Daniel M. Press, Chung & Press, P.C.
                          6718 Whittier Ave. #200
                          McLean, VA 22101

  *United States Trustee*    1725 Duke Street, Suite 650, Alexandria, VA 22314

Notice is hereby given that a status conference will be held at:

**Date:**  September 15, 2026     **Time:**  11:00 AM

**Location:**

Chief Judge Kenney's Courtroom, U.S. Bankruptcy Court, 2nd Floor, 200 S. Washington St., Ctrm I,
Alexandria, VA 22314

Dated:  July 8, 2026                    For the Court,

                                Charri S Stewart, Clerk
[ntcstatusconfvJul18.jsp 7/2018]              United States Bankruptcy Court

United States Bankruptcy Court

Eastern District of Virginia

In re:                                                                    Case No. 26-11214-BFK

Brenda Renee Rahim                                                        Chapter 11

        Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-9                    User: Alexandri                    Page 1 of 2

Date Rcvd: Jul 08, 2026                 Form ID: statcnf                   Total Noticed: 2

The following symbols are used throughout this certificate:

**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 10, 2026:**

**Recip ID              Recipient Name and Address**
db               +      Brenda Renee Rahim, 634 River Bend Rd, Great Falls, VA 22066-2705

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | + Email/Text: ustpregion04.ax.ecf@usdoj.gov | Jul 09 2026 02:36:00 | UST smg Alexandria, Office of the U. S. Trustee, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2026                      Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 8, 2026 at the address(es) listed below:**

**Name                   Email Address**

Daniel M. Press
                        on behalf of Debtor Brenda Renee Rahim dpress@chung-press.com  pressdm@gmail.com;danpress@recap.email

Kristen S. Eustis
                        on behalf of U.S. Trustee Matthew W. Cheney Kristen.S.Eustis@usdoj.gov  robert.w.ours@usdoj.gov

Mary Frances Balthasar
                        on behalf of Creditor PNC Bank National Association mary.balthasar@brockandscott.com  wbecf@brockandscott.com

Matthew W. Cheney

District/off: 0422-9                          User: Alexandri                                    Page 2 of 2
Date Rcvd: Jul 08, 2026                       Form ID: statcnf                                Total Noticed: 2

ustpregion04.ax.ecf@usdoj.gov

Michael C Wylie
on behalf of Creditor Liberty Savings Bank  FSB mwylie@mccabeesq.com,
michael.c.wylie@gmail.com;bankruptcyva@mccabeesq.com

TOTAL: 5