UNITED STATES BANKRUPTCY COURT

Eastern DISTRICT OF Virginia

Alexandria Division

| | | |
|---|---|---|
| In Re. Brenda Renee Rahim | § | Case No. 26-11214 |
| | § | |
| | § | |
| Debtor(s) | § | ☐ Jointly Administered |

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 07/31/2026

Petition Date: 05/19/2026

Months Pending: 2

Industry Classification: 0 0 0 0

Reporting Method: Accrual Basis ○ Cash Basis ◉

Debtor's Full-Time Employees (current): 0

Debtor's Full-Time Employees (as of date of order for relief): 0

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒ Statement of cash receipts and disbursements
☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☐ Statement of operations (profit or loss statement)
☐ Accounts receivable aging
☐ Postpetition liabilities aging
☐ Statement of capital assets
☐ Schedule of payments to professionals
☐ Schedule of payments to insiders
☐ All bank statements and bank reconciliations for the reporting period
☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Daniel M. Press
Signature of Responsible Party

Daniel M. Press
Printed Name of Responsible Party

08/21/2026
Date

201 Washington St., Cumberland MD 21502
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name Brenda Renee Rahim | Case No. 26-11214

| Part 1: Cash Receipts and Disbursements | | Current Month | Cumulative |
|---|---|---|---|
| a. | Cash balance beginning of month | $56,857 | |
| b. | Total receipts (net of transfers between accounts) | $16,889 | $0 |
| c. | Total disbursements (net of transfers between accounts) | $8,066 | $0 |
| d. | Cash balance end of month (a+b-c) | $65,681 | |
| e. | Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. | Total disbursements for quarterly fee calculation (c+e) | $8,066 | $0 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | | Current Month |
|---|---|---|
| a. | Accounts receivable (total net of allowance) | $0 |
| b. | Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. | Inventory (Book ◯ Market ◯ Other ◉ (attach explanation)) | $0 |
| d | Total current assets | $0 |
| e. | Total assets | $0 |
| f. | Postpetition payables (excluding taxes) | $0 |
| g. | Postpetition payables past due (excluding taxes) | $0 |
| h. | Postpetition taxes payable | $0 |
| i. | Postpetition taxes past due | $0 |
| j. | Total postpetition debt (f+h) | $0 |
| k. | Prepetition secured debt | $0 |
| l. | Prepetition priority debt | $0 |
| m. | Prepetition unsecured debt | $0 |
| n. | Total liabilities (debt) (j+k+l+m) | $0 |
| o. | Ending equity/net worth (e-n) | $0 |

| Part 3: Assets Sold or Transferred | | Current Month | Cumulative |
|---|---|---|---|
| a. | Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. | Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. | Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | | Current Month | Cumulative |
|---|---|---|---|
| a. | Gross income/sales (net of returns and allowances) | $0 | |
| b. | Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. | Gross profit (a-b) | $0 | |
| d. | Selling expenses | $0 | |
| e. | General and administrative expenses | $0 | |
| f. | Other expenses | $0 | |
| g. | Depreciation and/or amortization (not included in 4b) | $0 | |
| h. | Interest | $0 | |
| i. | Taxes (local, state, and federal) | $0 | |
| j. | Reorganization items | $0 | |
| k. | Profit (loss) | $0 | $0 |

Debtor's Name Brenda Renee Rahim Case No. 26-11214

## Part 5: Professional Fees and Expenses

| | | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | | | | | |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | | | | | | |
| | ii | | | | | | |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |
| | vii | | | | | | |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |
| | xv | | | | | | |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |
| | xxx | | | | | | |
| | xxxi | | | | | | |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |

Debtor's Name Brenda Renee Rahim Case No. 26-11214

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xxxvii | | | | | | |
| | xxxvii | | | | | | |
| | xxxix | | | | | | |
| | xl | | | | | | |
| | xli | | | | | | |
| | xlii | | | | | | |
| | xliii | | | | | | |
| | xliv | | | | | | |
| | xlv | | | | | | |
| | xlvi | | | | | | |
| | xlvii | | | | | | |
| | xlviii | | | | | | |
| | xlix | | | | | | |
| | l | | | | | | |
| | li | | | | | | |
| | lii | | | | | | |
| | liii | | | | | | |
| | liv | | | | | | |
| | lv | | | | | | |
| | lvi | | | | | | |
| | lvii | | | | | | |
| | lviii | | | | | | |
| | lix | | | | | | |
| | lx | | | | | | |
| | lxi | | | | | | |
| | lxii | | | | | | |
| | lxiii | | | | | | |
| | lxiv | | | | | | |
| | lxv | | | | | | |
| | lxvi | | | | | | |
| | lxvii | | | | | | |
| | lxviii | | | | | | |
| | lxix | | | | | | |
| | lxx | | | | | | |
| | lxxi | | | | | | |
| | lxxii | | | | | | |
| | lxxiii | | | | | | |
| | lxxiv | | | | | | |
| | lxxv | | | | | | |
| | lxxvi | | | | | | |
| | lxxvii | | | | | | |
| | lxxviii | | | | | | |

Debtor's Name Brenda Renee Rahim Case No. 26-11214

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | lxxix | | | | | | |
| | lxxx | | | | | | |
| | lxxxi | | | | | | |
| | lxxxii | | | | | | |
| | lxxxiii | | | | | | |
| | lxxxiv | | | | | | |
| | lxxxv | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxix | | | | | | |
| | xc | | | | | | |
| | xci | | | | | | |
| | xcii | | | | | | |
| | xciii | | | | | | |
| | xciv | | | | | | |
| | xcv | | | | | | |
| | xcvi | | | | | | |
| | xcvii | | | | | | |
| | xcviii | | | | | | |
| | xcix | | | | | | |
| | c | | | | | | |
| | ci | | | | | | |

| | | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | | | | |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | | | | | | |
| | ii | | | | | | |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |
| | vii | | | | | | |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xv | | | | | | |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |
| | xxx | | | | | | |
| | xxxi | | | | | | |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |
| | xxxvii | | | | | | |
| | xxxvii | | | | | | |
| | xxxix | | | | | | |
| | xl | | | | | | |
| | xli | | | | | | |
| | xlii | | | | | | |
| | xliii | | | | | | |
| | xliv | | | | | | |
| | xlv | | | | | | |
| | xlvi | | | | | | |
| | xlvii | | | | | | |
| | xlviii | | | | | | |
| | xlix | | | | | | |
| | l | | | | | | |
| | li | | | | | | |
| | lii | | | | | | |
| | liii | | | | | | |
| | liv | | | | | | |
| | lv | | | | | | |
| | lvi | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | lvii | | | | | | |
| | lviii | | | | | | |
| | lix | | | | | | |
| | lx | | | | | | |
| | lxi | | | | | | |
| | lxii | | | | | | |
| | lxiii | | | | | | |
| | lxiv | | | | | | |
| | lxv | | | | | | |
| | lxvi | | | | | | |
| | lxvii | | | | | | |
| | lxviii | | | | | | |
| | lxix | | | | | | |
| | lxx | | | | | | |
| | lxxi | | | | | | |
| | lxxii | | | | | | |
| | lxxiii | | | | | | |
| | lxxiv | | | | | | |
| | lxxv | | | | | | |
| | lxxvi | | | | | | |
| | lxxvii | | | | | | |
| | lxxviii | | | | | | |
| | lxxix | | | | | | |
| | lxxx | | | | | | |
| | lxxxi | | | | | | |
| | lxxxii | | | | | | |
| | lxxxiii | | | | | | |
| | lxxxiv | | | | | | |
| | lxxxv | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxix | | | | | | |
| | xc | | | | | | |
| | xci | | | | | | |
| | xcii | | | | | | |
| | xciii | | | | | | |
| | xciv | | | | | | |
| | xcv | | | | | | |
| | xcvi | | | | | | |
| | xcvii | | | | | | |
| | xcviii | | | | | | |

Debtor's Name Brenda Renee Rahim Case No. 26-11214

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | xcix | | | | | | | |
| | c | | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | | |

| Part 6: Postpetition Taxes | | Current Month | Cumulative |
|---|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $0 | $0 |
| d. | Postpetition employer payroll taxes paid | $0 | $0 |
| e. | Postpetition property taxes paid | $0 | $0 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

| | | | Yes | No | N/A | |
|---|---|---|---|---|---|---|
| a. | Were any payments made on prepetition debt? (if yes, see Instructions) | | ○ | ● | | |
| b. | Were any payments made outside the ordinary course of business without court approval? (if yes, see Instructions) | | ○ | ● | | |
| c. | Were any payments made to or on behalf of insiders? | | ○ | ● | | |
| d. | Are you current on postpetition tax return filings? | | ● | ○ | | |
| e. | Are you current on postpetition estimated tax payments? | | ● | ○ | | |
| f. | Were all trust fund taxes remitted on a current basis? | | ● | ○ | | |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | | ○ | ● | | |
| h. | Were all payments made to or on behalf of professionals approved by the court? | | ○ | ○ | ● | |
| i. | Do you have: | Worker's compensation insurance? | ○ | ● | | |
| | | If yes, are your premiums current? | ○ | ○ | ● | (if no, see Instructions) |
| | | Casualty/property insurance? | ● | ○ | | |
| | | If yes, are your premiums current? | ● | ○ | ○ | (if no, see Instructions) |
| | | General liability insurance? | ● | ○ | | |
| | | If yes, are your premiums current? | ● | ○ | ○ | (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | | ○ | ● | | |
| k. | Has a disclosure statement been filed with the court? | | ○ | ● | | |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | | ● | ○ | | |

Debtor's Name Brenda Renee Rahim Case No. 26-11214

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $8,351 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $5,304 |
| d. | Total income in the reporting period (a+b+c) | $13,655 |
| e. | Payroll deductions | $2,251 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $8,066 |
| i. | Total expenses in the reporting period (e+f+g+h) | $10,317 |
| j. | Difference between total income and total expenses (d-i) | $3,339 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○ No ◉ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○ No ○ N/A ◉ |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

| | |
|---|---|
| /s/ Brenda Renee Rahim | Brenda Renee Rahim |
| Signature of Responsible Party | Printed Name of Responsible Party |
| Debtor | 08/21/2026 |
| Title | Date |

Debtor's Name Brenda Renee Rahim Case No. 26-11214

PageOnePartOne

PageOnePartTwo

PageTwoPartOne

PageTwoPartTwo

Debtor's Name Brenda Renee Rahim Case No. 26-11214

Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

PageThree

PageFour

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Date | Receiver | Purpose | | July Receipts | June Income/deposited in July | July Expenses | | |
| 7/1/26 | Safeway | Groceries | | | | -26 | | |
| 7/2/26 | ALPA | Payroll | | 1923.81 | | | | |
| 7/3/26 | AUB | Enrollment Bonus | | 400 | | | | |
| 7/3/26 | Sajid | Patowmack Rent | | 2000 | | | | |
| 7/6/26 | Sajed | Patowmack Rent | | 1245 | | | | |
| 7/6/26 | Sajid | Patowmack Rent | | 1500 | | | | |
| 7/6/26 | Deposit | June payroll | | | 3788.74 | | | |
| 7/8/26 | Magno Ibanez | Lawncare | | | | -160 | | |
| 7/3/26 | Trader Joes | Grocery | | | | -8.54 | | |
| 7/8/26 | Valo | Lunch | | | | -3.98 | | |
| 7/6/26 | State Farm | Rental Insurance | | | | -388.41 | | |
| 7/9/26 | Valo | Coke | | | | -2.39 | | |
| 7/10/26 | Sams | Groceries | | | | -129.95 | | |
| 7/10/26 | Sams | Gas | | | | -67.49 | | |
| 7/13/26 | Harris Teeter | Groceries | | | | -13.4 | | |
| 7/14/26 | Liberty Savings | Mortgage (Patowmack) | | | | -6550.51 | | |
| 7/15/26 | Lidl | Grocery | | | | -33 | | |
| 7/16/26 | ALPA | Payroll | | 2096.17 | | | | |
| 7/20/26 | Paul Michaels | Hair Appt. | | | | -235 | | |
| 7/20/26 | Wegmans | Groceries | | | | -31.98 | | |
| 7/20/25 | Kaiser Permanentee | Healthcare co-pay | | | | -5 | | |
| 7/17/26 | Bankrutcy Trustee | Quarterly Fees | | | | -250 | | |
| 7/22/26 | Valo | Coke | | | | -2.39 | | |
| 7/22/26 | Discover | Closiing Debit Card | | 5485.15 | | | | |
| 7/22/26 | Apple | Cloud Storage | | | | -9.99 | | |
| 7/23/26 | Spring Hill Gas Station | Gas | | | | -20.05 | | |
| 7/27/26 | Target | T-shirt | | | | -5.09 | | |
| 7/27/26 | Sams | Gas | | | | -46.25 | | |
| 7/27/26 | Harris teeter | Groceries | | | | -41.89 | | |
| 7/27/26 | Chic fila | Lunch | | | | -6.14 | | |
| 7/29/26 | Home Depot | | | | | -25.71 | | |
| 7/20/26 | ALPA | Payroll | | 2079.54 | | | | |
| 7/30/26 | Valo | Lunch | | | | -2.65 | | |
| 7/31/26 | AUB | Monthly Interest | | 159.42 | | | | |
| | | . | | 16889.09 | 3788.74 | -8065.81 | | |

**Atlantic Union Bank**

PO Box 5568 • Glen Allen, VA 23058

| | |
|---|---|
| Account Number | 4345 |
| Statement Date | 07/31/2026 |
| Statement Thru Date | 08/02/2026 |
| Check/Items Enclosed | 0 |
| Page | 1 |

00176062 M4389DDA080126060307 01 000000000 0176062 004

BRENDA R RAHIM
DEBTOR IN POSSESSION
CASE # 26-11214-BFK
634 RIVER BEND RD
GREAT FALLS VA 22066-2705

00176062 0660363 0001-0003

**Customer Service Information**

**Customer Care Center:**
800.990.4828
Monday - Friday: 7am-8pm
Saturday: 7am-5pm

**Mailing Address:**
PO Box 5568
Glen Allen, VA 23058

**Visit Us Online:**
AtlanticUnionBank.com

**Follow us on:**

## RELATIONSHIP SUMMARY AND CURRENT STATEMENT ACTIVITY

| Account Type | Account Number | Balance |
|---|---|---|
| FREE CHECKING | 4345 | $7,359.89 |

## FREE CHECKING

**Account Number:** **4345**

**Account Owner(s):** **BRENDA R RAHIM**
**DEBTOR IN POSSESSION**
**CASE # 26-11214-BFK**

### Balance Summary

| | |
|---|---|
| **Beginning Balance as of 07/01/2026** | **$392.22** |
| + Deposits and Credits (8) | $15,033.26 |
| - Withdrawals and Debits (24) | $8,065.59 |
| **Ending Balance as of 07/31/2026** | **$7,359.89** |
| Service Charges for Period | $0.00 |

### TRANSACTION DETAIL

| Date | Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| Jul 01 | BEGINNING BALANCE | | | $392.22 |





**THE DEBIT CARD AND MONEY APP FOR FAMILIES**

Teach kids to spend wisely with their own debit card, while adults maintain control, and everyone builds smarter money habits with Greenlight—no cost with an AUB personal checking account.
**Enroll through the AUB mobile app.**

MEMBER FDIC

Atlantic Union Bank

| | |
|---|---|
| Account Number | 1345 |
| Statement Date | 07/31/2026 |
| Statement Thru Date | 08/02/2026 |
| Page | 2 |

**TRANSACTION DETAIL (Continued)**

| Date | Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| Jul 01 | POS PURCHASE WITH PIN SAFEWAY 1417 GREAT FALLS VA 22841976 *****3224 06/30 20:32 | | 26.00 | 366.22 |
| Jul 02 | AIR LINE PILOTS/PAYROLL BRENDA R RAHIM | 1,923.81 | | 2,290.03 |
| Jul 03 | CREDIT YTD INTEREST CASH BONUS CREDIT | 400.00 | | 2,690.03 |
| Jul 03 | PERSON-TO-PERSON TRANSFER 07/03 13:07 02002 ZELLE SAJID MASOOD | 2,000.00 | | 4,690.03 |
| Jul 06 | PERSON-TO-PERSON TRANSFER 07/04 13:03 02202 ZELLE SAJID MASOOD | 1,245.00 | | 5,935.03 |
| Jul 06 | PERSON-TO-PERSON TRANSFER 07/03 17:28 800-990-4828 ZELLE SAJID MASOOD | 1,500.00 | | 7,435.03 |
| Jul 06 | DEPOSIT | 3,788.74 | | 11,223.77 |
| Jul 06 | PERSON-TO-PERSON TRANSFER 07/04 09:29 800-990-4828 ZELLE MAGNO IBANEZ | | 160.00 | 11,063.77 |
| Jul 06 | POS PURCHASE NON-PIN TRADER JOE S #646 RESTON VA 05139088 *****3224 07/03 10:24 | | 8.54 | 11,055.23 |
| Jul 07 | POS PURCHASE NON-PIN STATE FARM INSURANCE 800-956-6310 IL 0001 *****3224 07/06 20:13 | | 388.41 | 10,666.82 |
| Jul 08 | POS PURCHASE NON-PIN FLIK_VALOCAFE MC LEAN VA IN2000 *****3224 07/07 10:55 | | 3.98 | 10,662.84 |
| Jul 09 | POS PURCHASE NON-PIN FLIK@VALOMRKT MCLEAN VA IN8000 *****3224 07/08 01:59 | | 2.39 | 10,660.45 |
| Jul 10 | POS PURCHASE NON-PIN 45425 DULLES CROSSING P STERLING VA 47290083 *****3224 07/09 18:20 | | 129.95 | 10,530.50 |
| Jul 10 | POS PURCHASE NON-PIN SAMS CLUB #4729 STERLING VA 08573301 *****3224 07/09 03:38 | | 67.49 | 10,463.01 |
| Jul 13 | POS PURCHASE WITH PIN HARRIS TEETER #0081 RESTON VA 38008176 *****3224 07/10 20:18 | | 13.40 | 10,449.61 |
| Jul 14 | LIBERTY SAVINGS/1 TIME DFT BRENDA RAHIM | | 6,550.51 | 3,899.10 |
| Jul 15 | POS PURCHASE WITH PIN LIDL #1546 VIENNA VA 082 *****3224 07/15 17:46 | | 33.00 | 3,866.10 |
| Jul 16 | AIR LINE PILOTS/PAYROLL BRENDA R RAHIM | 2,096.17 | | 5,962.27 |
| Jul 20 | POS PURCHASE WITH PIN PAUL MICHAELS HAIR SALO ANNANDALE VA 00001018 *****3224 07/18 15:33 | | 235.00 | 5,727.27 |
| Jul 20 | POS PURCHASE WITH PIN WEGMANS TYSONS CRNR #11 TYSONS VA 11581 *****3224 07/18 21:23 | | 31.96 | 5,695.31 |
| Jul 20 | POS PURCHASE NON-PIN KP MAS RX STERLING 301-468-6000 VA 00298361 *****3224 07/18 03:46 | | 5.00 | 5,690.31 |
| Jul 20 | QUARTERLY FEE/PAYMENT BRENDA R. RAHIM | | 250.00 | 5,440.31 |

00176062 0660365 0002-0003

Atlantic Union Bank

| | |
|---|---|
| Account Number | 4345 |
| Statement Date | 07/31/2026 |
| Statement Thru Date | 08/02/2026 |
| Page | 3 |

## TRANSACTION DETAIL (Continued)

| Date | Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| Jul 22 | POS PURCHASE NON-PIN FLIK@VALOMRKT MCLEAN VA INC900 *****3224 07/21 01:59 | | 2.39 | 5,437.92 |
| Jul 22 | POS PURCHASE NON-PIN APPLE.COM/BILL 866-712-7753 CA IN0700 *****3224 07/22 12:06 | | 9.99 | 5,427.93 |
| Jul 23 | POS PURCHASE NON-PIN SPRINGHILL MCLEAN VA 11169101 *****3224 07/23 11:17 | | 20.05 | 5,407.88 |
| Jul 27 | POS PURCHASE WITH PIN TARGET T-1009 STERLING VA 31009173 *****3224 07/25 19:12 | | 5.09 | 5,402.79 |
| Jul 27 | POS PURCHASE WITH PIN SAMSCLUB #4729 STERLING VA 24472901 *****3224 07/25 20:16 | | 46.25 | 5,356.54 |
| Jul 27 | POS PURCHASE WITH PIN HARRIS TEETER #326 STERLING VA 38032601 *****3224 07/25 21:13 | | 41.69 | 5,314.85 |
| Jul 27 | POS PURCHASE NON-PIN CHICK-FIL-A #01184 STERLING VA 1 *****3224 07/25 21:22 | | 6.14 | 5,308.71 |
| Jul 29 | POS PURCHASE WITH PIN THE HOME DEPOT #4641 RESTON VA 06241819 *****3224 07/28 19:41 | | 25.71 | 5,283.00 |
| Jul 30 | AIR LINE PILOTS/PAYROLL BRENDA R RAHIM | 2,079.54 | | 7,362.54 |
| Jul 30 | POS PURCHASE NON-PIN FLIK@VALOMRKT MCLEAN VA INB200 *****3224 07/29 01:54 | | 2.65 | 7,359.89 |
| Aug 02 | ENDING BALANCE | | | $7,359.89 |

## FEE RECAP

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |



00176062 0660366 0003-0003

Atlantic Union Bank
PO Box 5568 • Glen Allen, VA 23058

| | |
|---|---|
| Account Number | 3911 |
| Statement Date | 07/31/2026 |
| Statement Thru Date | 08/02/2026 |
| Check/Items Enclosed | 0 |
| Page | 1 |

00023681 M4389SAV080126022640 01 000000000 0023681 003

BRENDA R RAHIM
DEBTOR IN POSSESSION
CASE # 2611214-BFK
634 RIVER BEND RD
GREAT FALLS VA 22066-2705

00023681 0071678 0001-0002

**Customer Service Information**

**Customer Care Center:**
800.990.4828
Monday - Friday: 7am-8pm
Saturday: 7am-5pm

**Mailing Address:**
PO Box 5568
Glen Allen, VA 23058

**Visit Us Online:**
AtlanticUnionBank.com

**Follow us on:**

## Relationship Summary

| Account Type | Balance |
|---|---|
| SAVINGS | $58,321.03 |

## HIGH YIELD SAVINGS

**Account Number:** **3911**

**Account Owner(s):** **BRENDA R RAHIM**
**DEBTOR IN POSSESSION**
**CASE # 2611214-BFK**

### Balance Summary

| | |
|---|---|
| **Beginning Balance as of 07/01/2026** | **$52,676.46** |
| + Deposits and Credits (2) | $5,644.57 |
| - Withdrawals and Debits (0) | $0.00 |
| **Ending Balance as of 07/31/2026** | **$58,321.03** |
| Service Charges for Period | $0.00 |

### Earnings Summary

| | |
|---|---|
| Interest for Period | $159.42 |
| Interest Paid Year to Date | $256.66 |
| Annual Percentage Yield Earned (APYE) | 3.50% |
| Average Balance for APYE | $54,445.86 |
| Number of Days for APYE | 31 |

### MISCELLANEOUS DEBITS & CREDITS

| Date | Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| Jul 01 | BEGINNING BALANCE | | | $52,676.46 |

THE DEBIT CARD AND MONEY APP FOR FAMILIES

Teach kids to spend wisely with their own debit card, while adults maintain control, and everyone builds smarter money habits with Greenlight—no cost with an AUB personal checking account.
**Enroll through the AUB mobile app.**

MEMBER FDIC

Atlantic Union Bank

| | |
|---|---|
| Account Number | 911 |
| Statement Date | 07/31/2026 |
| Statement Thru Date | 08/02/2026 |
| Page | 2 |

## MISCELLANEOUS DEBITS & CREDITS (Continued)

| Date | Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| Jul 22 | DISCOVER (CONA)/PREARRANGE 002*1006402995 BRENDA RAHIM | 5,485.15 | | 58,161.61 |
| Jul 31 | INTEREST EARNED | 159.42 | | 58,321.03 |
| Aug 02 | ENDING BALANCE | | | $58,321.03 |

## FEE RECAP

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

00023681 0071680 0002-0002

00023681 0071680 0002-0002 M4389SAV080126022640 01 L 00023681

BR

Brenda
@Brenda-Rahim

**$0.86**
Transfer balance

Pay or Request

Business profile
**Create a business profile**

Venmo Credit Card
You're invited to apply
**Learn more**

Search

Notifications

Incomplete

**Statements**

Settings +

Help Center

Log out

## Account Statement

Current mont...
July 2026

## July 2026

No transactions yet for this month, but as soon as they start rolling in, we'll list them here.



Recent transactions could take up to 30 minutes to update your statement.

In case of errors or questions about your electronic transfers, telephone us at **855-812-4430**, write the Venmo Error Resolution Department at 222 W. Merchandise Plaza, Suite 800, Chicago, IL 60654, or write to us through the **Contact us** page.

Contact us as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared: Tell us your name and username or phone number, describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information, and finally tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

In case of errors or questions about your transactions made with your Venmo Mastercard, please consult your **Cardholder Agreement.**

**Contact Us** **Manage Cookies**

Venmo is a service of PayPal, Inc., a licensed provider of money transfer services (NMLS ID: 910457). All money transmission is provided by PayPal, Inc. pursuant to ***PayPal, Inc.'s licenses***. © 2021 PayPal, Inc.

# ACCOUNT STATEMENTS

Rahim, Brenda

| Statement Period | PayPal Account ID |
|---|---|
| Jul 1, 2026 - Jul 31, 2026 | brenda@brendarahim.com |

PayPal

**This document contains two statements**

**PayPal account statement** - A view of all PayPal account activity

**PayPal Balance account statement** - A separate view of your PayPal Balance account activity

Transactions paid with a PayPal Balance account and another payment method will appear in all affected statements

## PAYPAL ACCOUNT

### ACCOUNT ACTIVITY

| DATE | DESCRIPTION | CURRENCY | AMOUNT | FEES | TOTAL* |
|---|---|---|---|---|---|

*For each transaction in your Account Activity, the Total equals the amount sent or received, plus or minus any Fees.

In case of errors or questions about your electronic transfers,

- Telephone us at 402-938-3614;
- Write the PayPal Error Resolution Department at P.O. Box 45950, Omaha, NE 68145-0950; or
- Write to us through the Contact Us page.

Contact us as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and username or phone number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

# ACCOUNT STATEMENTS

Rahim, Brenda

| Statement Period | PayPal Account ID |
|---|---|
| Jul 1, 2026 - Jul 31, 2026 | brenda@brendarahim.com |

PayPal

## PAYPAL BALANCE ACCOUNT

### BALANCE SUMMARY[º]

| | USD |
|---|---|
| Available beginning | 0.00 |
| Available ending | 0.00 |

### FEES SUMMARY

| | USD |
|---|---|
| This period | 0.00 |
| Year-to-date | 0.00 |

Crypto account and related services offered by PayPal Digital, Inc. (NMLS ID: 2610315), a New York State chartered limited purpose trust company authorized and supervised by the New York State Department of Financial Services. All fiat money transmission is provided by PayPal, Inc. pursuant to PayPal, Inc.'s licenses.

ºThe preceding cryptocurrency balance information may include your available balances but also on-hold or pending balances.

### ACCOUNT ACTIVITY

| DATE | DESCRIPTION | CURRENCY | AMOUNT | FEES | TOTAL[ºº] |
|---|---|---|---|---|---|

ºThe difference between your Beginning and Ending Balances may not equal the sum of all of your Account Activity in the Total column. This may occur, for example, if you have a pending or disputed transaction at the time you view your Account Statement.

ººFor each transaction in your Account Activity, the Total equals the amount sent or received, plus or minus any Fees.

In case of errors or questions about your electronic transfers,

- Telephone us at 402-938-3614;
- Write the PayPal Error Resolution Department at P.O. Box 45950, Omaha, NE 68145-0950; or
- Write to us through the Contact Us page.

Contact us as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and username or phone number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

- Etrade - Quarterly Statements account print out. (no activity)

We would like to ensure we have the most up-to-date records for your account. Please confirm or update your contact information by calling 800-387-2331 or +1 678 624 6210 from outside the US.

Review your records

# Welcome, BRENDA ;

Last login: Aug 21, 2026, 2:07 PM ET

| | |
|---|---|
| Total Assets | $28,983.80 |
| Day's Gain | $102.29 |

Add external accounts

Learn More

Aug 21, 2026, 2:34 PM ET

## Stock Plan (PRFN) -5758 Show number

| | |
|---|---|
| Current Account Value | $0.00 |
| Day's Gain | $0.00 (0.00%) |
| Potential Benefit Value | $0.00 |
| Total Account Value | $0.00 |

Show less

Open orders (0) | Quick links ···

Linked to your Stock Plan (PRFN)

## Individual Brokerage -5758 Show number

You don't have a beneficiary for your account.
Add beneficiary | Set reminder

| | |
|---|---|
| Net Account Value | $28,983.80 |
| Day's Gain | $102.29 (0.35%) |
| Available for Withdrawal (Cash) | $16,416.80 |
| Available for Withdrawal (Margin + Cash) | $24,073.54 |

Margin Purchasing Power $73,011.88

Show less

Portfolio snapshot | Open orders (0) | Quick links ···

Chat

Top Movers (3) Portfolio News

| Symbol | Action | Change % | Last Price $ | Change $ | Day's Gain $ |
|---|---|---|---|---|---|
| WBD | Trade | 1.06% | $28.53 | $0.30 | $24.60 |
| T | Trade | 0.85% | $25.37 | $0.22 | $72.89 |
| NOK | Trade | 0.30% | $10.18 | $0.03 | $4.80 |

3 Total | View full portfolio

Partially Delayed quotes as of Aug 21, 2026, 2:34 PM ET

## External Accounts

### Get a holistic view of your finances

Add external accounts, property, and more with Total Wealth View. This is view-only and not for transfers.

Add external accounts

## Watch Lists Snapshot

## Launch Pad

**Power E*TRADE Pro**

Customizable desktop trading

Launch

**Power E*TRADE web**

Streaming browser-based trading

Launch

**Paper Trading**

Simulated trading in Power E*TRADE web

Sign up

**Bloomberg TV**

Live market news

Launch

## Alerts (13)

Message Center

All Account Alerts Symbol Alerts

**Changes to your E*TRADE from Morgan Stanley address**

Aug 21, 2026 2:11 PM ET

**Changes to your E*TRADE from Morgan Stanley email address**

Aug 21, 2026 2:10 PM ET

**Changes to your E*TRADE from Morgan Stanley phone number**

Aug 21, 2026 2:08 PM ET

**New logon to your account**

Aug 21, 2026 2:08 PM ET

**Dividend or interest paid**

Aug 11, 2026 11:17 PM ET

View all | Set and manage alerts

**Please read all the important disclosures below.**

**Investing:**

Check the background of Morgan Stanley Smith Barney LLC on FINRA's BrokerCheck and see the Morgan Stanley Smith Barney LLC Relationship Summary.

**Investment Products** • **Not FDIC Insured** • **No Bank Guarantee** • **May Lose Value**

SIPC Securities in your account protected up to $500,000. For details please see www.sipc.org

**Banking:**

Banking products and services are provided by Morgan Stanley Private Bank, National Association, Member FDIC.

**Banking Products** • **FDIC Insured** • **Bank Guarantee**

FDIC *FDIC-Insured - Backed by the full faith and credit of the U.S. Government*

Equal Housing Lender

› Read additional product disclosures

**Affiliations:**

Securities products and investment advisory services offered by Morgan Stanley Smith Barney LLC, Member SIPC and a Registered Investment Adviser. Commodity futures and options on futures products and services offered by E*TRADE Futures LLC, Member NFA. Stock plan administration solutions and services offered by E*TRADE Financial Corporate Services, Inc., and are a part of Morgan Stanley at Work. Banking products and services provided by Morgan Stanley Private Bank, National Association, Member FDIC. All entities are separate but affiliated subsidiaries of Morgan Stanley. E*TRADE from Morgan Stanley and Morgan Stanley at Work are registered trademarks of Morgan Stanley.

Digital asset services provided by Zero Hash LLC ("zerohash"). Digital assets held through zerohash are not FDIC insured or SIPC protected. Morgan Stanley Smith Barney LLC and zerohash are separate and unaffiliated companies.

Your receipt and use of this service is subject to the terms and conditions in E*TRADE from Morgan Stanley's Market Data Agreement (MDA). Your receipt and use of options market data is subject to the terms of the OPRA Subscriber Agreement.

**System response and account access may vary due to a variety of factors, including trading volumes, market conditions, system performances, and other factors.**

For information on the **E*TRADE Customer Protection Guarantee** visit the Security Center.

**Privacy** | **Disclosure Library** | **Statement of Financial Condition**
| **About Asset Protection** | **Account Agreements and Disclosures**
| **Quarterly 606 Report** | **Business Continuity Plan**

© 2026 E*TRADE from Morgan Stanley. All rights reserved. **E*TRADE Copyright Policy**
182w101m1

coinbase

Coinbase Global, Inc.
248 3rd St, #434, Oakland, CA 94607
+1 888 908-7930

## Transaction History Report for Brenda Renee Rahim

| Date Range | Filter | Account |
|---|---|---|
| From 2026-07-01 00:00:00 UTC | Type: all | brenda@brendarahim.com |
| To 2026-07-31 23:59:59 UTC | Asset: all | |

You can use this transaction report to inform your likely tax obligations. For US customers, Sells, Converts, Rewards Income, Learning Rewards, and Donations are taxable events. For final tax obligations, please consult your tax advisor.

## Portfolio Summary

| Asset | Quantity | Market Price | Market Value |
|---|---|---|---|
| BTC | 0.006995 as of 2026-07-31 23:59:59 UTC | 62840.015 USD/BTC as of 2026-07-31 23:53:00 UTC | 439.57 USD as of 2026-07-31 23:53:00 UTC |
| ETH | 0.02707251 as of 2026-07-31 23:59:59 UTC | 1861.155 USD/ETH as of 2026-07-31 23:53:00 UTC | 50.39 USD as of 2026-07-31 23:53:00 UTC |
| NU | 5.17747403 as of 2026-07-31 23:59:59 UTC | 0.0111838636971539 USD/NU as of 2026-07-31 23:53:00 UTC | 0.06 USD as of 2026-07-31 23:53:00 UTC |
| USD | 50.11 as of 2026-07-31 23:59:59 UTC | 1.00000000 USD/USD as of 2026-07-31 23:59:00 UTC | 50.11 USD as of 2026-07-31 23:59:00 UTC |

Total Market Value
540.13 USD

[1] Inclusive of fees and/or spread. Actual amounts debited and credited to accounts may be rounded to the nearest cent, or smallest equivalent unit of currency. For some transactions, this value represents the best approximation of its fiat equivalent at the time of transaction.

| Timestamp | Transaction Type | Asset | Quantity Transacted | Price Currency | Price at Transaction | Fees | Subtotal | Total [1] | Notes |
|---|---|---|---|---|---|---|---|---|---|

No transactions were found for this time period

For customer service inquiries or complaints, please contact Customer Support or call (888) 908-7930 (international call charges may apply). All transactions are final. Coinbase is not responsible for non-delivery or delayed delivery due to circumstances beyond the reasonable control of Coinbase, including asset protocol operations and incorrect address information.

Coinbase is licensed to engage in Virtual Currency Business Activity by the New York State Department of Financial Services.

This is a service message. Privacy policy