UNITED STATES BANKRUPTCY COURT

Eastern DISTRICT OF Virginia

Alexandria Division

In Re. Brenda Renee Rahim §
§
§
Debtor(s) §

Case No. 26-11214

☐ Jointly Administered

# Amended Monthly Operating Report

Chapter 11

Reporting Period Ended: 09/30/2026

Petition Date: 05/19/2026

Months Pending: 4

Industry Classification: 0 0 0 0

Reporting Method: Accrual Basis ○ Cash Basis ◉

Debtor's Full-Time Employees (current): 0

Debtor's Full-Time Employees (as of date of order for relief): 0

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☒ Statement of cash receipts and disbursements
- ☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☐ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/S/Daniel M. Press
Signature of Responsible Party

10/22/2026
Date

Daniel M. Press
Printed Name of Responsible Party

201 WASHINGTON ST, CUMBERLAND MD 21502
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name Brenda Renee Rahim Case No. 26-11214

| Part 1: Cash Receipts and Disbursements | | Current Month | Cumulative |
|---|---|---|---|
| a. | Cash balance beginning of month | $66,791 | |
| b. | Total receipts (net of transfers between accounts) | $6,535 | $0 |
| c. | Total disbursements (net of transfers between accounts) | $10,428 | $0 |
| d. | Cash balance end of month (a+b-c) | $62,898 | |
| e. | Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. | Total disbursements for quarterly fee calculation (c+e) | $10,428 | $0 |

| Part 2: Asset and Liability Status<br>(Not generally applicable to Individual Debtors. See Instructions.) | | Current Month |
|---|---|---|
| a. | Accounts receivable (total net of allowance) | $0 |
| b. | Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. | Inventory (Book ○ Market ○ Other ◉ (attach explanation)) | $0 |
| d | Total current assets | $0 |
| e. | Total assets | $0 |
| f. | Postpetition payables (excluding taxes) | $0 |
| g. | Postpetition payables past due (excluding taxes) | $0 |
| h. | Postpetition taxes payable | $0 |
| i. | Postpetition taxes past due | $0 |
| j. | Total postpetition debt (f+h) | $0 |
| k. | Prepetition secured debt | $0 |
| l. | Prepetition priority debt | $0 |
| m. | Prepetition unsecured debt | $0 |
| n. | Total liabilities (debt) (j+k+l+m) | $0 |
| o. | Ending equity/net worth (e-n) | $0 |

| Part 3: Assets Sold or Transferred | | Current Month | Cumulative |
|---|---|---|---|
| a. | Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. | Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. | Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations)<br>(Not generally applicable to Individual Debtors. See Instructions.) | | Current Month | Cumulative |
|---|---|---|---|
| a. | Gross income/sales (net of returns and allowances) | $0 | |
| b. | Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. | Gross profit (a-b) | $0 | |
| d. | Selling expenses | $0 | |
| e. | General and administrative expenses | $0 | |
| f. | Other expenses | $0 | |
| g. | Depreciation and/or amortization (not included in 4b) | $0 | |
| h. | Interest | $0 | |
| i. | Taxes (local, state, and federal) | $0 | |
| j. | Reorganization items | $0 | |
| k. | Profit (loss) | $0 | $0 |

Debtor's Name Brenda Renee Rahim Case No. 26-11214

## Part 5: Professional Fees and Expenses

| | | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | | | | | |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | | | | | | |
| | ii | | | | | | |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |
| | vii | | | | | | |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |
| | xv | | | | | | |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |
| | xxx | | | | | | |
| | xxxi | | | | | | |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |

Debtor's Name Brenda Renee Rahim Case No. 26-11214

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xxxvii | | | | | | |
| | xxxvii | | | | | | |
| | xxxix | | | | | | |
| | xl | | | | | | |
| | xli | | | | | | |
| | xlii | | | | | | |
| | xliii | | | | | | |
| | xliv | | | | | | |
| | xlv | | | | | | |
| | xlvi | | | | | | |
| | xlvii | | | | | | |
| | xlviii | | | | | | |
| | xlix | | | | | | |
| | l | | | | | | |
| | li | | | | | | |
| | lii | | | | | | |
| | liii | | | | | | |
| | liv | | | | | | |
| | lv | | | | | | |
| | lvi | | | | | | |
| | lvii | | | | | | |
| | lviii | | | | | | |
| | lix | | | | | | |
| | lx | | | | | | |
| | lxi | | | | | | |
| | lxii | | | | | | |
| | lxiii | | | | | | |
| | lxiv | | | | | | |
| | lxv | | | | | | |
| | lxvi | | | | | | |
| | lxvii | | | | | | |
| | lxviii | | | | | | |
| | lxix | | | | | | |
| | lxx | | | | | | |
| | lxxi | | | | | | |
| | lxxii | | | | | | |
| | lxxiii | | | | | | |
| | lxxiv | | | | | | |
| | lxxv | | | | | | |
| | lxxvi | | | | | | |
| | lxxvii | | | | | | |
| | lxxviii | | | | | | |

Debtor's Name Brenda Renee Rahim Case No. 26-11214

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | lxxix | | | | | | |
| | lxxx | | | | | | |
| | lxxxi | | | | | | |
| | lxxxii | | | | | | |
| | lxxxiii | | | | | | |
| | lxxxiv | | | | | | |
| | lxxxv | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxix | | | | | | |
| | xc | | | | | | |
| | xci | | | | | | |
| | xcii | | | | | | |
| | xciii | | | | | | |
| | xciv | | | | | | |
| | xcv | | | | | | |
| | xcvi | | | | | | |
| | xcvii | | | | | | |
| | xcviii | | | | | | |
| | xcix | | | | | | |
| | c | | | | | | |
| | ci | | | | | | |

| | | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | | | | |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | | | | | | |
| | ii | | | | | | |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |
| | vii | | | | | | |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xv | | | | | | |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |
| | xxx | | | | | | |
| | xxxi | | | | | | |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |
| | xxxvii | | | | | | |
| | xxxvii | | | | | | |
| | xxxix | | | | | | |
| | xl | | | | | | |
| | xli | | | | | | |
| | xlii | | | | | | |
| | xliii | | | | | | |
| | xliv | | | | | | |
| | xlv | | | | | | |
| | xlvi | | | | | | |
| | xlvii | | | | | | |
| | xlviii | | | | | | |
| | xlix | | | | | | |
| | l | | | | | | |
| | li | | | | | | |
| | lii | | | | | | |
| | liii | | | | | | |
| | liv | | | | | | |
| | lv | | | | | | |
| | lvi | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | lvii | | | | | | |
| | lviii | | | | | | |
| | lix | | | | | | |
| | lx | | | | | | |
| | lxi | | | | | | |
| | lxii | | | | | | |
| | lxiii | | | | | | |
| | lxiv | | | | | | |
| | lxv | | | | | | |
| | lxvi | | | | | | |
| | lxvii | | | | | | |
| | lxviii | | | | | | |
| | lxix | | | | | | |
| | lxx | | | | | | |
| | lxxi | | | | | | |
| | lxxii | | | | | | |
| | lxxiii | | | | | | |
| | lxxiv | | | | | | |
| | lxxv | | | | | | |
| | lxxvi | | | | | | |
| | lxxvii | | | | | | |
| | lxxviii | | | | | | |
| | lxxix | | | | | | |
| | lxxx | | | | | | |
| | lxxxi | | | | | | |
| | lxxxii | | | | | | |
| | lxxxiii | | | | | | |
| | lxxxiv | | | | | | |
| | lxxxv | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxix | | | | | | |
| | xc | | | | | | |
| | xci | | | | | | |
| | xcii | | | | | | |
| | xciii | | | | | | |
| | xciv | | | | | | |
| | xcv | | | | | | |
| | xcvi | | | | | | |
| | xcvii | | | | | | |
| | xcviii | | | | | | |

Debtor's Name Brenda Renee Rahim Case No. 26-11214

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xcix | | | | | | |
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

| Part 6: Postpetition Taxes | | Current Month | Cumulative |
|---|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $0 | $0 |
| d. | Postpetition employer payroll taxes paid | $0 | $0 |
| e. | Postpetition property taxes paid | $0 | $0 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

## Part 7: Questionnaire - During this reporting period:

| | | Yes | No | N/A | |
|---|---|---|---|---|---|
| a. | Were any payments made on prepetition debt? (if yes, see Instructions) | ○ | ◉ | | |
| b. | Were any payments made outside the ordinary course of business without court approval? (if yes, see Instructions) | ○ | ◉ | | |
| c. | Were any payments made to or on behalf of insiders? | ○ | ◉ | | |
| d. | Are you current on postpetition tax return filings? | ○ | ◉ | | |
| e. | Are you current on postpetition estimated tax payments? | ◉ | ○ | | |
| f. | Were all trust fund taxes remitted on a current basis? | ◉ | ○ | | |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | ○ | ◉ | | |
| h. | Were all payments made to or on behalf of professionals approved by the court? | ○ | ◉ | ○ | |
| i. | Do you have: Worker's compensation insurance? | ○ | ◉ | | |
| | If yes, are your premiums current? | ○ | ○ | ◉ | (if no, see Instructions) |
| | Casualty/property insurance? | ◉ | ○ | | |
| | If yes, are your premiums current? | ◉ | ○ | ○ | (if no, see Instructions) |
| | General liability insurance? | ◉ | ○ | | |
| | If yes, are your premiums current? | ◉ | ○ | ○ | (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | ○ | ◉ | | |
| k. | Has a disclosure statement been filed with the court? | ○ | ◉ | | |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | ◉ | ○ | | |

Debtor's Name Brenda Renee Rahim Case No. 26-11214

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $5,310 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $5,310 |
| e. | Payroll deductions | $1,406 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $10,428 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $11,834 |
| j. | Difference between total income and total expenses (d-i) | $-6,524 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○ No ◉ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○ No ○ N/A ◉ |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

| | |
|---|---|
| /S/Brenda Renee Rahim | Brenda Renee Rahim |
| Signature of Responsible Party | Printed Name of Responsible Party |
| Debtor | 10/20/2026 |
| Title | Date |

PageOnePartOne

PageOnePartTwo

PageTwoPartOne

PageTwoPartTwo

Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name Brenda Renee Rahim Case No. 26-11214

PageThree

PageFour

dayforce

**Employer Name:** Air Line Pilots Association
**Employer Phone:** (703) 689-2270
**Employer Address:** 7950 Jones Branch Drive Suite 400S McLean, VA 22102

**Employee Name:** Brenda R. Rahim
**Employee #:** 3965
**Employee Address:** 634 River Bend Road Great Falls, VA 22066
**Department:** Finance and Membership - Accounts Payable
**Business Title:** Accounting Analyst - Accounts Payable

**Pay Date:** 9/25/2026
**Pay Period:** 9/14/2026 - 9/27/2026
**Deposit Advice #:** 340931682
**Pay Frequency:** Bi-Weekly
**Federal Filing Status:** Single
**Federal 2c/Extra Withholding:** No/$0.00
**State Filing Status:** (VA)
**State Exemptions:** 1 (VA)

| | Current 9/14/2026 - 9/27/2026 | | | YTD As of 9/27/2026 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | **75.50** | | **$2,875.27** | **1,501.50** | **$70,008.24** |
| Regular | 63.00 | 34.1334 | $2,150.41 | 1,285.50 | $42,943.66 |
| Holiday Pay | 7.00 | 34.1334 | $238.93 | 51.50 | $1,720.86 |
| Overtime @ 1.5 | 5.50 | 51.2001 | $281.60 | 101.50 | $5,042.08 |
| Bereavement | | | | 35.00 | $1,148.39 |
| Retro | | | | | $148.10 |
| Sick Leave | | | | 14.00 | $477.86 |
| Revenue Share | | | | | $13,074.39 |
| Floating Hol | | | | 7.00 | $238.94 |
| US CO PAID FICA | | | $204.33 | | $4,975.03 |
| Volunteer Day | | | | 7.00 | $238.93 |
| **Taxable Benefits** | | | **$59.13** | | **$1,160.09** |
| W2GRP (GTL) | | | $45.58 | | $894.42 |
| U2LTD | | | $13.55 | | $265.67 |
| **Memo Information** | | | **$431.29** | | **$11,953.92** |
| US Employer RHA VEBA Contribution | | | $28.75 | | $700.07 |
| MBCB ER RSP | | | | | $1,452.71 |
| 401K ER Contr | | | $316.28 | | $7,700.89 |
| MBCB ER Contr | | | $86.26 | | $2,100.25 |
| **Pre-Tax Deductions** | | | **$143.76** | | **$3,500.43** |
| 401K Pre-Tax | | | $143.76 | | $3,500.43 |
| **Taxes** | | | **$615.32** | | **$16,609.32** |
| Fed W/H | | | $264.30 | | $7,951.72 |
| FICA EE | | | $181.94 | | $4,412.44 |
| Fed MWT EE | | | $42.55 | | $1,031.94 |
| VA W/H | | | $126.53 | | $3,213.22 |
| **Post-Tax Deductions** | | | **$20.03** | | **$551.68** |
| Legal | | | | | $162.00 |
| Union Dues-NE | | | $20.03 | | $389.68 |
| | **Routing #** | **Account #** | **Amount** | | **Amount** |
| **Net Pay** | | | **$2,096.16** | | **$49,346.81** |
| Direct Deposit | 051403164 | XXXXXX4345 | $2,096.16 | | |

## Accruals & Balances

| | | | |
|---|---|---|---|
| Sick Balance: | 311.5 Hours | Sick Accrued: | 10.5 Hours |
| Floating Holiday Balance: | Hours | | |
| Total Vacation Balance: | 185.75 Hours | | |
| Volunteer Day Balance: | 7 Hours | | |

| | | | | | |
|---|---|---|---|---|---|
| Brenda Rahim | | | | | |
| Cashflow Statement | | | | | |
| September 1-September 30, 2026 | | | | | |
| | | | | | |
| | | | | | |
| Date | Payee | Discription | | **Deposit** | **Expense** |
| | | | | | |
| 9/2/26 | Magno Ibanez | Lawncare | | | -170 |
| 9/8/26 | Lowes | Refrigerator Return-wrong size | | 2208.10 | |
| 9/8/26 | Sams | Gas | | | -63.66 |
| 9/8/26 | Sams | Grocery | | | -74.86 |
| 9/8/26 | Merrifield Garden | Birthday Gift | | | -105.99 |
| 9/8/26 | Safeway | Grocery | | | -16.93 |
| 9/8/26 | Israel Leon | Contractor to remove Hot tub | | | -376 |
| 9/8/26 | Apple Store | Computor screen repair | | | -99 |
| 9/8/26 | Lowes | Refrigerator purchase correct size | | | -1998.28 |
| 9/8/26 | Walmart | Grocery | | | -20.3 |
| 9/8/26 | Wegmans | Grocery | | | -46.06 |
| 9/10/26 | Airline Pilots Association | Payroll | | 2011.71 | |
| 9/11/26 | Valo | Drink for lunch | | | -2.39 |
| 9/14/25 | Lidl | Grocery | | | -36.78 |
| 9/14/26 | Homegoods | Purchase Iron | | | -52.99 |
| 9/14/26 | Safeway | Grocery | | | -31.96 |
| 9/16/26 | Valo | Drink for lunch | | | -2.39 |
| 9/16/26 | Springhill | Gas | | | -30.07 |
| 9/16/26 | Lidl | Grocery | | | -11.52 |
| 9/18/25 | Safeway | Grocery | | | -28.78 |
| 9/21/26 | Homegoods | Return Iron | | 52.99 | |
| 9/21/26 | Springhill | Gas | | | -20.15 |
| 9/21/26 | State Farm | Homeowners Patowmack | | | -388.41 |
| 9/21/26 | Walmart | Purchase Iron | | | -60.83 |
| 9/21/26 | Sams | Grocery | | | -71.4 |
| 9/22/26 | Apple Store | Cloud Storage | | | -9.99 |
| 9/22/26 | Liberty Savings | Mortgage Pmt.-Patowmack | | | -6550.51 |
| 9/24/26 | Airline Pilots Association | Payroll | | 2096.16 | |
| 9/25/26 | Great Falls Lodge | Dinner | | | -39.1 |
| 9/28/26 | Lidl | Grocery | | | -23.61 |
| 9/28/26 | The Winery at Sunshine Ridge | | | | -10.18 |
| 9/28/26 | The Winery at Sunshine Ridge | | | | -41.98 |
| 9/30/26 | Lidl | Grocery | | | -36.48 |
| 9/20/26 | McLean Hardware | Lawnmover parts | | | -7.79 |
| 9/30/26 | Atlantic Union Savings | Interest Earned | | 165.74 | |
| | | | | | |
| Totals | | | | **6534.70** | **-10428.39** |
| | | | | | |

Atlantic Union Bank
PO Box 5568 • Glen Allen, VA 23058

| | |
|---|---|
| Account Number | 3911 |
| Statement Date | 09/30/2026 |
| Statement Thru Date | 09/30/2026 |
| Check/Items Enclosed | 0 |
| Page | 1 |

00056918 M4389SAV100126011245 01 000000000 0056918 003

BRENDA R RAHIM
DEBTOR IN POSSESSION
CASE # 2611214-BFK
634 RIVER BEND RD
GREAT FALLS VA 22066-2705

00056918 0172353 0001-0002

## Customer Service Information

**Customer Care Center:**
800.990.4828
Monday - Friday: 7am-8pm
Saturday: 7am-5pm

**Mailing Address:**
PO Box 5568
Glen Allen, VA 23058

**Visit Us Online:**
AtlanticUnionBank.com

**Follow us on:**

## Relationship Summary

| Account Type | Balance |
|---|---|
| SAVINGS | $58,657.53 |

## HIGH YIELD SAVINGS

**Account Number:** 3911

**Account Owner(s):** **BRENDA R RAHIM**
**DEBTOR IN POSSESSION**
**CASE # 2611214-BFK**

## Balance Summary

| | |
|---|---|
| **Beginning Balance as of 08/01/2026** | **$58,321.03** |
| + Deposits and Credits (2) | $336.50 |
| - Withdrawals and Debits (0) | $0.00 |
| **Ending Balance as of 09/30/2026** | **$58,657.53** |
| Service Charges for Period | $0.00 |

## Earnings Summary

| | |
|---|---|
| Interest for Period | $336.50 |
| Interest Paid Year to Date | $593.16 |
| Annual Percentage Yield Earned (APYE) | 3.50% |
| Average Balance for APYE | $58,405.01 |
| Number of Days for APYE | 61 |

## MISCELLANEOUS DEBITS & CREDITS

| Date | Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| Aug 01 | BEGINNING BALANCE | | | $58,321.03 |



SMART SECURITY STARTS WITH YOU

Scammers are always looking for new opportunities. This Cybersecurity Awareness Month, discover practical ways to help safeguard your personal and financial information.

Learn more at **AtlanticUnionBank.com/SecurityCenter**

MEMBER FDIC

00056918 0172353 0001 0002 M4389SAV100126011245 01 L 00056918

## Change of Address

Please change my mailing address on the accounts listed below:

☐ Acct# ____________
☐ Acct# ____________
☐ Acct# ____________
☐ Acct# ____________
☐ Acct# ____________
☐ Other ____________
☐ Other ____________

Please detach and mail to:

ATLANTIC UNION BANK
P.O. BOX 5568
GLEN ALLEN, VA 23058

______________________________
NUMBER AND STREET

______________________________
CITY AND STATE

____________ ______________________
DATE AUTHORIZED SIGNATURE

## Checkbook Reconciliation

**Checks Outstanding**

| DATE OR NUMBER | AMOUNT |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL | |

**Enter**
BALANCE THIS STATEMENT $ ____________

**Add**
DEPOSITS NOT CREDITED
ON THIS STATEMENT ____________

____________

**Total** ____________

**Subtract**
CHECKS OUTSTANDING ____________

**Balance** $========

SHOULD AGREE WITH YOUR CHECKBOOK BALANCE AFTER DEDUCTING CHARGES AND ADDING CREDITS INCLUDED ON THIS STATEMENT, BUT NOT SHOWN IN YOUR CHECKBOOK

*Please report any discrepancies within 14 days

### Error Resolution Notice for Electronic Transfers

*Applies to consumer accounts only*

Call or write us immediately at the telephone number or address listed on the first page of this statement if you think there is an error on your statement or receipt related to an electronic transfer. You also can call or write us if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared: tell us your name and account number (if any); describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information; and tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within ten (10) business days.

PREAUTHORIZED DEPOSITS

If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at 800.990.4828 to find out whether or not the deposit was made as scheduled.

00056918 0172354 0000 0002 M4389SAV100126011245 01 L 00056918

Atlantic Union Bank

| | |
|---|---|
| Account Number | 3911 |
| Statement Date | 09/30/2026 |
| Statement Thru Date | 09/30/2026 |
| Page | 2 |

00056918 0172355 0002-0002

## MISCELLANEOUS DEBITS & CREDITS (Continued)

| Date | Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| Aug 31 | INTEREST EARNED | 170.76 | | 58,491.79 |
| Sep 30 | INTEREST EARNED | 165.74 | | 58,657.53 |
| Sep 30 | ENDING BALANCE | | | $58,657.53 |

## FEE RECAP

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

## Change of Address

Please change my mailing address on the accounts listed below:

- ☐ Acct# ______
- ☐ Acct# ______
- ☐ Acct# ______
- ☐ Acct# ______
- ☐ Acct# ______
- ☐ Other ______
- ☐ Other ______

Please detach and mail to:

ATLANTIC UNION BANK
P.O. BOX 5568
GLEN ALLEN, VA 23058

______________________________
NUMBER AND STREET

______________________________
CITY AND STATE

______________ ______________________________
DATE AUTHORIZED SIGNATURE

## Checkbook Reconciliation

### Checks Outstanding

| DATE OR NUMBER | AMOUNT | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL | | |

**Enter**

BALANCE THIS STATEMENT $ ______________

**Add**

DEPOSITS NOT CREDITED ON THIS STATEMENT ______________

______________

**Total** ______________

**Subtract**

CHECKS OUTSTANDING ______________

**Balance** $=======

SHOULD AGREE WITH YOUR CHECKBOOK BALANCE AFTER DEDUCTING CHARGES AND ADDING CREDITS INCLUDED ON THIS STATEMENT, BUT NOT SHOWN IN YOUR CHECKBOOK

*Please report any discrepancies within 14 days

## Error Resolution Notice for Electronic Transfers

*Applies to consumer accounts only*

Call or write us immediately at the telephone number or address listed on the first page of this statement if you think there is an error on your statement or receipt related to an electronic transfer. You also can call or write us if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared; tell us your name and account number (if any); describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information; and tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within ten (10) business days.

PREAUTHORIZED DEPOSITS

If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at 800.990.4828 to find out whether or not the deposit was made as scheduled.

00179126 0664501 0000 0003 M4389DDA100126032544 01 L 00179126

Atlantic Union Bank
PO Box 5568 • Glen Allen, VA 23058

| | |
|---|---|
| Account Number | 345 |
| Statement Date | 09/30/2026 |
| Statement Thru Date | 09/30/2026 |
| Check/Items Enclosed | 0 |
| Page | 1 |

00179126 M4389DDA100126032544 01 000000000 0179126 004

BRENDA R RAHIM
DEBTOR IN POSSESSION
CASE # 26-11214-BFK
634 RIVER BEND RD
GREAT FALLS VA 22066-2705

00179126 0664500 0001-0003

**Customer Service Information**

**Customer Care Center:**
800.990.4828
Monday - Friday: 7am-8pm
Saturday: 7am-5pm

**Mailing Address:**
PO Box 5568
Glen Allen, VA 23058

**Visit Us Online:**
AtlanticUnionBank.com

**Follow us on:**

## RELATIONSHIP SUMMARY AND CURRENT STATEMENT ACTIVITY

| Account Type | Account Number | Balance |
|---|---|---|
| FREE CHECKING | 345 | $4,492.27 |

## FREE CHECKING

**Account Number: 345**

**Account Owner(s):** **BRENDA R RAHIM**
**DEBTOR IN POSSESSION**
**CASE # 26-11214-BFK**

### Balance Summary

| | |
|---|---|
| **Beginning Balance as of 09/01/2026** | **$8,551.70** |
| + Deposits and Credits (4) | $6,368.96 |
| - Withdrawals and Debits (31) | $10,428.39 |
| **Ending Balance as of 09/30/2026** | **$4,492.27** |
| Service Charges for Period | $0.00 |

### TRANSACTION DETAIL

| Date | Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| Sep 01 | BEGINNING BALANCE | | | $8,551.70 |


SMART SECURITY STARTS WITH YOU
Scammers are always looking for new opportunities. This Cybersecurity Awareness Month, discover practical ways to help safeguard your personal and financial information.
Learn more at **AtlanticUnionBank.com/SecurityCenter**

MEMBER FDIC

00179126 0664500 0001 0003 M4389DDA100126032544 01 L 00179126

Atlantic Union Bank

| | |
|---|---|
| Account Number | 4345 |
| Statement Date | 09/30/2026 |
| Statement Thru Date | 09/30/2026 |
| Page | 2 |

## TRANSACTION DETAIL (Continued)

| Date | Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| Sep 02 | PERSON-TO-PERSON TRANSFER 09/02 07:27 800-990-4828 ZELLE MAGNO IBANEZ | | 170.00 | 8,381.70 |
| Sep 08 | POS PURCHASE RETURN - PIN LOWES #00907* 866-483-7521 NC INC800 *****3224 09/06 23:46 | 2,208.10 | | 10,589.80 |
| Sep 08 | POS PURCHASE NON-PIN SAMSCLUB #4729 STERLING VA 4729001 *****3224 09/04 03:00 | | 63.66 | 10,526.14 |
| Sep 08 | POS PURCHASE NON-PIN SAMSCLUB #4729 STERLING VA 4729001 *****3224 09/04 03:00 | | 74.86 | 10,451.28 |
| Sep 08 | POS PURCHASE NON-PIN MERRIFIELD GC MERRIFIELD VA 00007182 *****3224 09/04 04:05 | | 105.99 | 10,345.29 |
| Sep 08 | POS PURCHASE WITH PIN SAFEWAY 1417 GREAT FALLS VA 22841976 *****3224 09/05 17:39 | | 16.93 | 10,328.36 |
| Sep 08 | PERSON-TO-PERSON TRANSFER 09/05 18:23 800-990-4828 ZELLE ISRAEL S LEON | | 1.00 | 10,327.36 |
| Sep 08 | PERSON-TO-PERSON TRANSFER 09/06 14:19 800-990-4828 ZELLE ISRAEL S LEON | | 375.00 | 9,952.36 |
| Sep 08 | POS PURCHASE WITH PIN APPLE STORE #R271 RESTON VA 001 *****3224 09/06 16:48 | | 99.00 | 9,853.36 |
| Sep 08 | POS PURCHASE WITH PIN LOWE'S #1125 STERLING VA 001 *****3224 09/06 18:59 | | 1,998.28 | 7,855.08 |
| Sep 08 | POS PURCHASE NON-PIN WAL WAL-MART #2038 7404 STERLING VA 20380013 *****3224 09/06 21:04 | | 20.30 | 7,834.78 |
| Sep 08 | POS PURCHASE WITH PIN WEGMANS TYSONS CRNR #11 TYSONS VA 11544 *****3224 09/07 15:18 | | 46.06 | 7,788.72 |
| Sep 10 | AIR LINE PILOTS/PAYROLL BRENDA R RAHIM | 2,011.71 | | 9,800.43 |
| Sep 11 | POS PURCHASE NON-PIN FLIK_VALOCAFE MC LEAN VA INB500 *****3224 09/10 10:57 | | 2.39 | 9,798.04 |
| Sep 14 | POS PURCHASE WITH PIN LIDL #1546 VIENNA VA 083 *****3224 09/12 11:50 | | 36.78 | 9,761.26 |
| Sep 14 | POS PURCHASE WITH PIN HOMEGOODS #1100 FAIRFAX VA 54558002 *****3224 09/13 11:02 | | 52.99 | 9,708.27 |
| Sep 14 | POS PURCHASE WITH PIN SAFEWAY 1417 GREAT FALLS VA 22841902 *****3224 09/14 17:54 | | 31.96 | 9,676.31 |
| Sep 16 | POS PURCHASE NON-PIN FLIK@VALOMRKT MCLEAN VA INB600 *****3224 09/15 01:48 | | 2.39 | 9,673.92 |
| Sep 16 | POS PURCHASE NON-PIN SPRINGHILL MCLEAN VA 11169101 *****3224 09/16 06:59 | | 30.07 | 9,643.85 |
| Sep 16 | POS PURCHASE WITH PIN LIDL #1546 VIENNA VA 081 *****3224 09/16 16:33 | | 11.52 | 9,632.33 |

00179126 0664502 0002-0003

00179126 0664502 0002 0003 M4389DDA10012603254401 I 00179126

Atlantic Union Bank

| | |
|---|---|
| Account Number | 1345 |
| Statement Date | 09/30/2026 |
| Statement Thru Date | 09/30/2026 |
| Page | 3 |

## TRANSACTION DETAIL (Continued)

| Date | Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| Sep 18 | POS PURCHASE WITH PIN SAFEWAY 1417 GREAT FALLS VA 22841953 *****3224 09/18 12:51 | | 28.78 | 9,603.55 |
| Sep 21 | POS PURCHASE RETURN - PIN HOMEGOODS #0087 STERLING VA 03661002 *****3224 09/19 19:32 | 52.99 | | 9,656.54 |
| Sep 21 | POS PURCHASE NON-PIN SPRINGHILL MCLEAN VA 11169101 *****3224 09/18 21:23 | | 20.15 | 9,636.39 |
| Sep 21 | POS PURCHASE NON-PIN STATE FARM INSURANCE 800-956-6310 IL 0001 *****3224 09/18 23:36 | | 388.41 | 9,247.98 |
| Sep 21 | POS PURCHASE WITH PIN WAL WAL-MART #2038 0024 STERLING VA 20380008 *****3224 09/19 21:39 | | 60.83 | 9,187.15 |
| Sep 21 | POS PURCHASE NON-PIN SAMSCLUB #4729 STERLING VA 4729001 *****3224 09/19 02:49 | | 71.40 | 9,115.75 |
| Sep 22 | POS PURCHASE NON-PIN APPLE.COM/BILL 866-712-7753 CA IN8800 *****3224 09/22 12:04 | | 9.99 | 9,105.76 |
| Sep 22 | LIBERTY SAVINGS/1 TIME DFT BRENDA RAHIM | | 6,550.51 | 2,555.25 |
| Sep 24 | AIR LINE PILOTS/PAYROLL BRENDA R RAHIM | 2,096.16 | | 4,651.41 |
| Sep 25 | POS PURCHASE NON-PIN TST* GREAT FALLS LODGE GREAT FALLS VA 87324963 *****3224 09/25 11:47 | | 39.10 | 4,612.31 |
| Sep 28 | POS PURCHASE WITH PIN LIDL #1478 STERLING VA 003 *****3224 09/27 19:11 | | 23.61 | 4,588.70 |
| Sep 28 | POS PURCHASE NON-PIN THE WINERY AT SUNSHINE GAINESVILLE VA 03229893 *****3224 09/27 07:19 | | 10.18 | 4,578.52 |
| Sep 28 | POS PURCHASE NON-PIN THE WINERY AT SUNSHINE GAINESVILLE VA 03229893 *****3224 09/27 07:19 | | 41.98 | 4,536.54 |
| Sep 30 | POS PURCHASE WITH PIN LIDL #1546 VIENNA VA 082 *****3224 09/29 19:57 | | 36.48 | 4,500.06 |
| Sep 30 | POS PURCHASE NON-PIN MCLEAN HARDWARE MC LEAN VA 75678112 *****3224 09/29 19:19 | | 7.79 | 4,492.27 |
| Sep 30 | ENDING BALANCE | | | $4,492.27 |

## FEE RECAP

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

00179126 0664503 0003-0003

E*TRADE
from Morgan Stanley

**CLIENT STATEMENT** | For the Period September 1-30, 2026

**STATEMENT FOR:**
BRENDA R RAHIM

| | |
|---|---|
| **Beginning Total Value** (as of 9/1/26) | **$29,155.51** |
| **Ending Total Value** (as of 9/30/26) | **$28,848.98** |
| *Includes Accrued Interest* | |

**Access Your Account Online At**
www.etrade.com or call 800-387-2331

*Morgan Stanley Smith Barney LLC. Member SIPC.*
*E*TRADE is a business of Morgan Stanley.*

#BWNJGWM

BRENDA R RAHIM
634 River Bend Rd
GREAT FALLS VA 22066

*INVESTMENTS AND INSURANCE PRODUCTS: NOT FDIC INSURED • NOT A BANK DEPOSIT • NOT INSURED BY ANY FEDERAL GOVERNMENT AGENCY • NOT BANK GUARANTEED • MAY LOSE VALUE • UNLESS SPECIFICALLY NOTED, ALL VALUES ARE DISPLAYED IN USD*

# Standard Disclosures

The following Disclosures are applicable to the enclosed statement(s). Expanded Disclosures are attached to your most recent June and December statement (or your first Statement if you have not received a statement for those months). The Expanded Disclosures are also available online or by contacting us by using the contact information on the statement cover page.

**Questions?**
Questions regarding your account may be directed to us by using the contact information on the statement cover page.

**Errors and Inquiries**
Be sure to review your statement promptly, and immediately address any concerns regarding entries that you do not understand or believe were made in error by contacting us by using the contact information on your statement cover page. Oral communications regarding any inaccuracy or discrepancy in this statement should be re-confirmed in writing to further protect your rights, including rights under the Securities Investor Protection Act (SIPA). Your statement will be deemed correct unless we receive a written inquiry of a suspected error. See your account documentation for special rules regarding your rights and responsibilities with respect to erroneous electronic fund transfers, including a description of the transfers covered. For concerns or complaints, contact us.

**Senior Investor Helpline**
Senior Investor clients or those acting on their behalf have a convenient way to communicate with our Firm by calling us at (800) 280-4534 Monday-Friday 9am-7pm Eastern Time.

**Availability of Free Credit Balances and Financial Statements**
Under the customer protection rules of the SEC [17 CFR §240.15c3-3], we may use funds comprising free credit balances carried for customer accounts here, provided that these funds are payable to customers on demand (i.e., are free of a lien or right of set-off in our favor or on behalf of some third party to whom you have given control). A financial statement of this organization is available for your personal inspection at its offices, or a copy will be mailed to you upon your written request.

**Listed Options**
Information with respect to commissions and other charges related to the execution of options transactions has been included in confirmations of such transactions previously furnished to you and such information will be made available to you promptly at your request. Promptly advise us of any material change in your investment objectives or financial situation.

**Important Information if You are a Margin Customer**(not available for certain retirement accounts)
If you have margin privileges, you may borrow money from us in exchange for pledging assets in your accounts as collateral for any outstanding margin loan. The amount you may borrow is based on the value of the eligible securities in your margin accounts. If a security has eligible shares, the number of shares pledged as collateral will be indicated below the position.

**Margin Interest Charges**
We calculate interest charges on margin loans as follows: (1) multiply the applicable margin interest rate by the daily close of business net settled debit balance, and (2) divide by 360 (days). Margin interest accrues daily throughout the month and is added to your debit balance at month-end. The month-end interest charge is the sum of the daily accrued interest calculations for the month. We add the accrued interest to your debit balance and start a new calculation each time the applicable interest rate changes and at the close of every statement month. For interest rate information, log into your account online and select your account with a Margin agreement to view more information.

**Information Regarding Special Memorandum Account**
If you have a Margin Account, this is a combined statement of your Margin Account and Special Memorandum Account maintained for you under Section 220.5 of Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the Special Memorandum Account as required by Regulation T is available for your inspection at your request.

**Important Information About Auction Rate Securities**
For certain Auction Rate Securities there is no or limited liquidity. Therefore, the price(s) for these Auction Rate Securities are indicated by N/A (not available). There can be no assurance that a successful auction will occur or that a secondary market exists or will develop for a particular security.

**Structured Investments Risks and Considerations**
Structured Investments (Structured Products) are complex products and may be subject to special risks. Investors should consider the concentration risk of owning the related security and their total exposure to any underlying asset. Structured Investments, which may appear in various statement product categories and are identified on the Position Description Details line as "Asset Class: Struct Inv," may not perform in a manner consistent with the statement product category where they appear and therefore may not satisfy portfolio asset allocation needs for that category. For information on the risks and conflicts of interest related to Structured Investments generally, log in to Morgan Stanley Online and go to https://mso.morganstanleyclientserv.com/publiccontent/pdf/SI-COI.pdf

**Security Measures**
This statement features several embedded security elements to safeguard its authenticity. One is a unique blue security rectangle, printed in heat-sensitive ink on the back of every page. When exposed to warmth, the color will disappear, and then reappear.

**SIPC Protection**
We are a member of Securities Investor Protection Corporation (SIPC), which protects securities of its customers up to $500,000 (including $250,000 for claims for cash). An explanatory brochure is available upon request or at www.sipc.org. Losses due to market fluctuation are not protected by SIPC and assets not held with us may not be covered by SIPC protection. To obtain information about SIPC, including an explanatory SIPC brochure, contact SIPC at 1-202-371-8300 or visit www.sipc.org.

**Transaction Dates and Conditions**
Upon written request, we will furnish the date and time of a transaction and the name of the other party to a transaction. We and/or our affiliates may accept benefits that constitute payment for order flow. Details regarding these benefits and the source and amount of any other remuneration received or to be received by us in connection with any transaction will be furnished upon written request.

**Equity Research Ratings Definitions and Global Investment Manager Analysis Status**
Some equity securities may have research ratings from Morgan Stanley & Co. LLC or Morningstar, Inc. Research ratings are the research providers' opinions and not representations or guarantees of performance. For more information about each research provider's rating system, see the Research Ratings on your most recent June or December statement (or your first statement if you have not received a statement for those months), go online or refer to the research provider's research report. Research reports contain more complete information concerning the analyst's views and you should read the entire research report and not infer its contents from the rating alone. If your account contains an advisory component or is an advisory account, a GIMA status will apply.

**Credit Ratings from Moody's Investors Service and Standard & Poor's**
The credit rating from Moody's Investors Service and Standard & Poor's may be shown for certain securities. All credit ratings represent the opinions of the provider and are not representations or guarantees of performance. Please contact us if you need further information or assistance in interpreting these credit ratings.

Revised 2/4/2025

E*TRADE from Morgan Stanley



## Account Summary

Morgan Stanley at Work Self-Directed Account 8-202

BRENDA R RAHIM

### CHANGE IN VALUE OF YOUR ACCOUNT (includes accrued interest)

| | This Period (9/1/26-9/30/26) | This Year (1/1/26-9/30/26) |
|---|---|---|
| **TOTAL BEGINNING VALUE** | **$29,155.51** | **$27,940.16** |
| Credits | — | — |
| Debits | — | (0.72) |
| Security Transfers | — | — |
| **Net Credits/Debits/Transfers** | **—** | **$(0.72)** |
| **Change in Value** | **(306.53)** | **909.54** |
| **TOTAL ENDING VALUE** | **$28,848.98** | **$28,848.98** |

### MARKET VALUE OVER TIME

*The below chart displays the most recent thirteen months of Market Value.*




*The percentages above represent the change in dollar value from the prior period. They do not represent account investment performance, as they do not consider the impact of contributions and withdrawals, nor other factors that may have affected performance calculations. No percentage will be displayed when the previous month reflected no value.*

### ASSET ALLOCATION (includes accrued interest)

| | Market Value | Percentage |
|---|---|---|
| Cash | $16,417.08 | 56.91 |
| Equities | 12,431.90 | 43.09 |
| **TOTAL VALUE** | **$28,848.98** | **100.00%** |

*FDIC rules apply and Bank Deposits are eligible for FDIC insurance but are not covered by SIPC. Cash and securities (including MMFs) are eligible for SIPC coverage. See Expanded Disclosures.*
*Values may include assets externally held, as a courtesy, and may not be covered by SIPC. Foreign currency (FX) balances outside of Global Currency Program are not FDIC insured. FX balances may not be SIPC insured. For additional information, refer to the corresponding section of this statement.*




*This asset allocation represents holdings on a trade date basis, and projected settled Cash/BDP and MMF balances. These classifications do not constitute a recommendation and may differ from the classification of instruments for regulatory or tax purposes.*

E*TRADE from Morgan Stanley

**CLIENT STATEMENT** | For the Period September 1-30, 2026



# Account Summary

**Morgan Stanley at Work Self Directed Account** **BRENDA R RAHIM**
**[redacted]3-202**

## BALANCE SHEET (^ includes accrued interest)

| | Last Period (as of 8/31/26) | This Period (as of 9/30/26) |
|---|---|---|
| Cash, BDP, MMFs | $16,416.94 | $16,417.08 |
| Stocks | 12,738.57 | 12,431.90 |
| **Total Assets** | **$29,155.51** | **$28,848.98** |
| **Total Liabilities** (outstanding balance) | — | — |
| **TOTAL VALUE** | **$29,155.51** | **$28,848.98** |

## CASH FLOW

| | This Period (9/1/26-9/30/26) | This Year (1/1/26-9/30/26) |
|---|---|---|
| **OPENING CASH, BDP, MMFs** | **$16,416.94** | **$16,120.96** |
| Income and Distributions | 0.14 | 296.84 |
| **Total Investment Related Activity** | **$0.14** | **$296.84** |
| Other Debits | — | (0.72) |
| **Total Cash Related Activity** | — | **$(0.72)** |
| **Total Card/Check Activity** | — | — |
| **CLOSING CASH, BDP, MMFs** | **$16,417.08** | **$16,417.08** |

## INCOME AND DISTRIBUTION SUMMARY

| | This Period (9/1/26-9/30/26) | This Year (1/1/26-9/30/26) |
|---|---|---|
| Qualified Dividends | — | $295.62 |
| Interest | 0.14 | 1.22 |
| **Income And Distributions** | **$0.14** | **$296.84** |
| **Tax-Exempt Income** | — | — |
| **TOTAL INCOME AND DISTRIBUTIONS** | **$0.14** | **$296.84** |

*Taxable and tax exempt income classifications are based on the characteristics of the underlying securities and not the taxable status of the account.*

## GAIN/(LOSS) SUMMARY

| | Realized This Period (9/1/26-9/30/26) | Realized This Year (1/1/26-9/30/26) | Unrealized Inception to Date (as of 9/30/26) |
|---|---|---|---|
| Long-Term Gain | — | — | $6,162.09 |
| Long-Term (Loss) | — | — | (13,460.66) |
| **Total Long-Term** | — | — | **$(7,298.57)** |

*The Gain/(Loss) Summary, which may be subsequently adjusted, is provided for informational purposes and should not be used for tax preparation. For additional detail, please visit www.etrade.com.*

## ADDITIONAL ACCOUNT INFORMATION

| Category | This Period (9/1/26-9/30/26) | This Year (1/1/26-9/30/26) |
|---|---|---|
| Foreign Tax Paid | — | $7.21 |

## Account Detail

**Morgan Stanley at Work Se... ccount**
**8-202**
**BRENDA R RAHIM**

**Investment Objectives (in order of priority):** Not Provided

**Brokerage Account**

*Inform us if your investment objectives, as defined in the Expanded Disclosures, change.*

## HOLDINGS

*This section reflects positions purchased/sold on a trade date basis. "Market Value" and "Unrealized Gain/(Loss)" may not reflect the value that could be obtained in the market. Your actual investment return may differ from the unrealized gain/(loss) displayed. Fixed Income securities are sorted by maturity or pre-refunding date, and alphabetically within date. Estimated Annual Income a) is calculated on a pre-tax basis, b) does not include any reduction for applicable non-US withholding taxes, c) may include return of principal or capital gains which could overstate such estimates, and d) for holdings that have a defined maturity date within the next 12 months, is reflected only through maturity date. Actual income or yield may be lower or higher than the estimates. Current Yield is an estimate for informational purposes only. It reflects the income generated by an investment, and is calculated by dividing the total estimated annual income by the current market value of the entire position. It does not reflect changes in its price. Structured Investments, identified on the Position Description Details line as "Asset Class: Struct Inv," may appear in various statement product categories. When displayed, the accrued interest, annual income and current yield for those with a contingent income feature (e.g., Range Accrual Notes or Contingent Income Notes) are estimates and assume specified accrual conditions are met during the relevant period and payment in full of all contingent interest. For Floating Rate Securities, the accrued interest, annual income and current yield are estimates based on the current floating coupon rate and may not reflect historic rates within the accrual period.*

*For additional information related to Unrealized and Realized Gain/(Loss) and tax lot details, including cost basis, please visit www.etrade.com. The information presented on the statement should not be used for tax purposes.*

## CASH, BANK DEPOSIT PROGRAM AND MONEY MARKET FUNDS

*Cash, Bank Deposit Program, and Money Market Funds are generally displayed on a settlement date basis. You have the right to instruct us to liquidate your bank deposit balance(s) or shares of any money market fund balance(s) at any time and have the proceeds of such liquidation remitted to you. Estimated Annual Income, Accrued Interest, and APY% will only be displayed for fully settled positions. Under the Bank Deposit Program, free credit balances held in an account(s) at Morgan Stanley Smith Barney LLC are automatically deposited into an interest-bearing deposit account(s), at Morgan Stanley Bank, N.A. and/or Morgan Stanley Private Bank, National Association, each a national bank, FDIC member and an affiliate of Morgan Stanley. Under certain circumstances, deposits may be held at other FDIC insured Program Banks. For more information regarding the Bank Deposit Program and the Program Banks, go to www.etrade.com/bdpdisclosure.*

| Description | Market Value | 7-Day Current Yield % | Est Ann Income | APY % |
|---|---|---|---|---|
| **MORGAN STANLEY BANK N.A.** | **$16,417.08** | — | — | 0.010 |

| | Percentage of Holdings | Market Value | Est Ann Income |
|---|---|---|---|
| **CASH, BDP, AND MMFs** | **56.91%** | **$16,417.08** | — |

## Account Detail

Morgan Stanley at Work Self-Directed Account
8-202

BRENDA R RAHIM

## STOCKS

### COMMON STOCKS

*Morgan Stanley & Co. LLC (Morgan Stanley) and Morningstar, Inc.'s equity research ratings are shown for certain securities. These ratings represent the opinions of the research provider and are not representations or guarantees of performance. The applicable research report contains more information regarding the analyst's opinions, analysis, and rating, and you should read the entire research report and not infer its contents. For ease of comparison, Morgan Stanley and Morningstar, Inc.'s equity research ratings have been normalized to a 1 (Buy), 2 (Hold), and 3 (Sell). Refer to your June or December statement for a summary guide describing the ratings. We do not take responsibility for, nor guarantee the accuracy, completeness, or timeliness of research prepared for Morningstar, Inc.*

| Security Description | Quantity | Share Price | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|
| **AT&T INC (T)** | 339.000 | $24.400 | $14,195.85 | **$8,271.60** | $(5,924.25) | $376.29 | 4.55 |
| *Rating: Morgan Stanley: 1, Morningstar: 2; Next Dividend Payable 11/2026; Asset Class: Equities* | | | | | | | |
| **NOKIA CP ADR (NOK)** | 160.000 | 10.140 | 1,178.56 | **1,622.40** | 443.84 | 24.48 | 1.51 |
| *Rating: Morgan Stanley: 1, Morningstar: 3; Next Dividend Payable 11/2026; Asset Class: Equities* | | | | | | | |
| **WARNER BROS DISCOVERY INC SER (WBD)** | 82.000 | 30.950 | 4,356.07 | **2,537.90** | (1,818.16) | — | — |
| *Rating: Morgan Stanley: 2, Morningstar: 2; Asset Class: Equities* | | | | | | | |

| | Percentage of Holdings | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|
| **STOCKS** | **43.09%** | **$19,730.48** | **$12,431.90** | **$(7,298.57)** | **$400.77** | **3.22%** |

| | Percentage of Holdings | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income / Accrued Interest | Current Yield % |
|---|---|---|---|---|---|---|
| **TOTAL VALUE** | **100.00%** | **$19,730.48** | **$28,848.98** | **$(7,298.57)** | **$400.77** / — | **1.39%** |

*Unrealized Gain/(Loss) totals only reflect positions that have both cost basis and market value information available. Cash, MMF, Deposits and positions stating 'Please Provide' or 'Pending Corporate Actions' are not included.*

## ALLOCATION OF ASSETS

| | Cash | Equities | Fixed Income & Preferred Securities | Alternatives | Structured Investments | Other |
|---|---|---|---|---|---|---|
| Cash, BDP, MMFs | $16,417.08 | — | — | — | — | — |
| Stocks | — | $12,431.90 | — | — | — | — |
| **TOTAL ALLOCATION OF ASSETS** | **$16,417.08** | **$12,431.90** | — | — | — | — |

## Account Detail

**Morgan Stanley at Work Self-Directed Account**
**[redacted]-202**

**BRENDA R RAHIM**

# ACTIVITY

## CASH FLOW ACTIVITY BY DATE

| Activity Date | Settlement Date | Activity Type | Description | Comments | Quantity | Price | Credits/(Debits) |
|---|---|---|---|---|---|---|---|
| 9/30 | | Interest Income | MORGAN STANLEY BANK N.A. | (Period 09/01-09/30) | | | $0.14 |
| **NET CREDITS/(DEBITS)** | | | | | | | **$0.14** |

## MONEY MARKET FUND (MMF) AND BANK DEPOSIT PROGRAM ACTIVITY

| Activity Date | Activity Type | Description | Credits/(Debits) |
|---|---|---|---|
| 9/30 | Automatic Investment | BANK DEPOSIT PROGRAM | $0.14 |

# MESSAGES

**Senior Investor Helpline**

For any inquiries or potential concerns, senior investors or someone acting on their behalf may contact our Firm by calling (800) 280-4534, Monday-Friday, 9 a.m.- 6 p.m. Eastern Time.

**FINRA BrokerCheck**

FINRA has established the public disclosure program, known as BrokerCheck, to provide certain information regarding the disciplinary history of FINRA members and their associated persons. The BrokerCheck Hotline Number is 1-800-289-9999. The FINRA website address is www.finra.org. An investor brochure that includes information describing FINRA BrokerCheck may be obtained from FINRA.

**Watch Out for Scams**

Look for these red flags:

- **Unsolicited calls, emails or texts requesting sensitive information**like your passwords, Social Security number or bank details
- **Urgent or threatening language**designed to pressure you to act quickly
- **Too-good-to-be-true offers** such as guaranteed returns
- **Requests involving unusual payment methods**like cryptocurrency or gift cards

Follow these tips:

- **Avoid clicking on links** in unsolicited emails, texts or pop-ups
- **Don't grant remote access** to your electronic devices
- **Hang up on unsolicited callers requesting sensitive data**and call back using a verified phone number
- **Visit us.etrade.com/security-center**for more best practices

Beware of E*TRADE impersonation scams

- We will never call or text you to ask for your password or a one-time passcode

Improve Your E*TRADE account security

- Use enhanced forms of multi-factor authentication like an authenticator app
- Customize your alerts to get instant notifications about transactions or account changes
- Add a trusted contact to your account

**Contact us immediately at 800-387-2331 if you:**

- Believe you may be the victim of fraud or identity theft
- Suspect your phone or email have been compromised
- Notice suspicious account activity
- Receive a questionable email or text that appears to be from E*TRADE

## Account Detail

**Morgan Stanley at Work Self-Directed Account** -202 **BRENDA R RAHIM**

**Protect Yourself and Your Investments**

When investing with any financial institution or financial professional, take time to fully understand any investment proposal before moving forward:

- Be clear about your investment goals and the level of risk you're comfortable taking.
- Ask questions and carefully review key documents (e.g., prospectuses and offering documents) to understand features, fees and risks.
- Be cautious of opportunities that promise unusually high returns or that are described as low-risk or guaranteed.
- Beware of opportunities not offered directly through the institution you're investing with (e.g., real estate or start-up businesses), as most financial institutions—including Morgan Stanley—prohibit these types of recommendations.
- Read and retain your account statements, confirmations and other transaction information, including the firm's Client Relationship Summary (CRS).
- Contact us to report discrepancies immediately (e.g., transactions you didn't authorize, investments you don't recognize or items you don't understand).
- When transferring money, ensure funds are sent directly to the financial institution—not to a third party.
- Do not share your personal information—including account passwords, verification codes and Social Security number—with anyone.

**Financial Disclosure Statement (in millions of dollars):**

At June 30, 2026 Morgan Stanley Smith Barney LLC had net capital of $8,614 which exceeded the Securities and Exchange Commission's minimum requirement of $985. A copy of the Morgan Stanley Smith Barney LLC Consolidated Statement of Financial Condition at June 30, 2026 can be viewed online at: https://www.morganstanley.com/content/dam/msdotcom/en/about-us-ir/shareholder/morganstanley_smithbarney_llc.pdf, or may be mailed to you at no cost by calling 1 (833) 445-2492.

**FINRA RULE 2267 - BROKERCHECK**

FINRA's BrokerCheck allows investors to learn about the professional background, business practices, and conduct of FINRA member firms and their brokers. Records of securities professionals currently associated with a member and persons who have been associated with a member within the last two years are available to the public through BrokerCheck. Information is also available for FINRA-registered securities firms. Information is free to private investors for personal use. The telephone number of BrokerCheck is 1-800-289-9999. For more information about FINRA, visit www.finra.org. An investor brochure describing the BrokerCheck program is also available on request or at www.brokercheck.finra.org.

**FINRA RULE 4340 - CALLABLE SECURITIES**

When a security is subject to a partial redemption by the issuer, the issuer notifies Morgan Stanley, via a central industry depository, of the number of units for the specific security to be redeemed.

Upon receipt of the issuer's notification of a mandatory redemption, Morgan Stanley determines the favorability of the redemption based on the current market price versus the call price. When the redemption of the callable security is made on terms that are favorable to the called parties, Morgan Stanley does not include any firm or employee accounts in the pool of securities eligible to be called until all other customer's positions in such securities have been called. When the redemption is made on terms that are unfavorable to the called parties, Morgan Stanley does not exclude firm or employee accounts from the pool of the securities eligible to be called.

Once the favorability of the redemption has been determined, Morgan Stanley uses a random process designated to allocate called securities on a fair and impartial basis. The lottery process is based on a mathematical formula that determines the accounts that will be selected and the number of securities in the account that will be redeemed.

As a result of the call, you may be left with a position either below the minimum denomination of the security or in an amount that is not an authorized denomination of the security. Such a position may have less, limited or no liquidity depending on the type of security, issuer, size of position or other factors.

As required under FINRA 4340 - "Callable Securities," Morgan Stanley is providing our customers with a link to the firm's allocation procedures related to callable securities located on the Morgan Stanley website: www.morganstanley.com/about-us-ir/finra. Additionally, a hard copy of the allocation procedures will be provided to customers upon request.

**MSRB Notice**

This notification is provided pursuant to Municipal Securities Rulemaking Board ("MSRB") Rule G-10 to inform you that (i) Morgan Stanley is registered with the MSRB and the Securities and Exchange Commission (SEC), (ii) information concerning the municipal market can be found at www.msrb.org, and (iii) a brochure that describes the protections available under MSRB rules and how to file a complaint with an appropriate regulatory authority is available on the MSRB website.

**SEA RULE 606 - NOTICE OF AVAILABILITY OF ORDER ROUTING INFORMATION**

Morgan Stanley prepares quarterly reports describing its order routing practices for nondirected orders routed to a particular venue for execution. These reports are publicly available at www.etrade.com. Morgan Stanley will furnish a written copy of the quarterly report on request. In addition, Morgan Stanley will provide on request more-detailed information related to the routing of any order in the six months prior to the request, including the identity of the venue to which the customer's orders were routed for execution, whether the orders were directed or nondirected orders, and the time of any transactions that resulted from such orders.

**SEA RULE 607 - PAYMENT FOR ORDER FLOW DISCLOSURE**

Morgan Stanley takes a number of factors into consideration in determining where to route customers' orders, including the speed of execution, price improvement opportunities (executions at prices superior to the then prevailing inside market), automatic execution guarantees, the availability of efficient and reliable order-handling systems, the level of service provided, the cost of executing orders, and whether it will receive remuneration from particular broker-dealers and market centers for routing customer orders to them for execution. Morgan Stanley receives remuneration, generally in the form of cash payments and rebates, from particular broker-dealers and market centers for directing customer orders in securities to them for execution.

## Account Detail

**Morgan Stanley at Work Self-Directed Account**
**3-202**
**BRENDA R RAHIM**

**FINRA RULE 2264 - MARGIN DISCLOSURE**

Morgan Stanley Smith Barney LLC ("Morgan Stanley") is furnishing this information to you to provide some basic facts about purchasing securities on margin. Securities purchased on margin are Morgan Stanley's collateral for the loan to you. If the securities in your account decline in value, so does the value of the collateral supporting your loan, and, as a result, Morgan Stanley can take action, such as issue a margin call and/or sell securities or other assets in any of your accounts held with Morgan Stanley, to maintain the required equity in the account. It is important that you fully understand the risks involved in trading securities on margin.

These risks include the following:

- You can lose more funds than you deposit in the margin account.
- Morgan Stanley can force the sale of securities or other assets in your account(s).
- Morgan Stanley can sell your securities or other assets without contacting you.
- If Morgan Stanley takes action to meet a margin call on your behalf, you will not have the ability to choose which securities are liquidated.
- Morgan Stanley can increase your "house" maintenance margin requirements at any time and is not required to provide you advance written notice.
- Morgan Stanley may change margin requirements at any time without prior notice and call for additional collateral, including without limitation on an intraday basis.
- You are not entitled to an extension of time on a margin call.

**FINRA RULE 2266 - SIPC INFORMATION**

SIPC and Other Coverage. Morgan Stanley is a member of SIPC, which protects securities customers of its members up to $500,000 (including $250,000 for claims of cash). Customers may obtain information about SIPC, including the SIPC brochure, by contacting SIPC at www.sipc.org or calling 1-202-371-8300.

Morgan Stanley also maintains additional insurance with an aggregate firmwide limit of $1 billion. For additional information about Morgan Stanley's excess of SIPC protection, please go to www.etrade.com/iai.

Please note that money market mutual fund balances are securities, not cash. As with other securities investments, the market risks associated with investing and any losses resulting therefrom are not covered by SIPC or the additional protection.

**Important Update for Account Notifications and Alerts**

Beginning November 14, 2026, electronic account communications and alerts will be sent only to the primary email address on file for your account(s). Alternate or secondary email addresses will no longer receive these communications.

This change applies to electronic communications including account statements, tax documents, trade confirmations, general correspondence, and account alerts.

To help ensure we can reach you with important account communications, please visit https://etrade.com/myprofile to confirm or update your primary email address and contact information to make sure it is accurate and up to date.

E*TRADE
from Morgan Stanley

This page intentionally left blank

coinbase

Coinbase Global, Inc.
248 3rd St. #434, Oakland, CA 94607
+1 888 908-7930

# Transaction History Report for Brenda Renee Rahim

You can use this transaction report to inform your likely tax obligations. For US customers, Sells, Converts, Rewards Income, Learning Rewards, and Donations are taxable events. For final tax obligations, please consult your tax advisor.

| Date Range | Filter | Account |
|---|---|---|
| From 2026-09-01 00:00:00 UTC | Type: all | brenda@brendarahim.com |
| To 2026-09-30 23:59:59 UTC | Asset: all | -b2d8- |

## Portfolio Summary

| Asset | Quantity | Market Price | Market Value |
|---|---|---|---|
| BTC | 0.006995<br>as of 2026-09-30 23:59:59 UTC | 83551.92 USD/BTC<br>as of 2026-09-30 23:53:00 UTC | 584.45 USD<br>as of 2026-09-30 23:53:00 UTC |
| ETH | 0.02707251<br>as of 2026-09-30 23:59:59 UTC | 2684.69 USD/ETH<br>as of 2026-09-30 23:53:00 UTC | 72.68 USD<br>as of 2026-09-30 23:53:00 UTC |
| NU | 5.17747403<br>as of 2026-09-30 23:59:59 UTC | 0.01801113757725345 USD/NU<br>as of 2026-09-30 23:53:00 UTC | 0.09 USD<br>as of 2026-09-30 23:53:00 UTC |
| USD | 50.11<br>as of 2026-09-30 23:59:59 UTC | 1.00000000 USD/USD<br>as of 2026-09-30 23:59:00 UTC | 50.11 USD<br>as of 2026-09-30 23:59:00 UTC |

Total Market Value
707.33 USD

[1] Inclusive of fees and/or spread. Actual amounts debited and credited to accounts may be rounded to the nearest cent, or smallest equivalent unit of currency. For some transactions, this value represents the best approximation of its fiat equivalent at the time of transaction.

| Timestamp | Transaction Type | Asset | Quantity Transacted | Price Currency | Price at Transaction | Fees | Subtotal | Total [1] | Notes |
|---|---|---|---|---|---|---|---|---|---|

No transactions were found for this time period

For customer service inquiries or complaints, please contact Customer Support or call (888) 908-7930 (international call charges may apply). All transactions are final. Coinbase is not responsible for non-delivery or delayed delivery due to circumstances beyond the reasonable control of Coinbase, including asset protocol operations and incorrect address information.

Coinbase is licensed to engage in Virtual Currency Business Activity by the New York State Department of Financial Services.

This is a service message. Privacy policy

Venmo No Activity

VenmoStatement_September_2026

**Account Statement - (@Brenda-Rahim)**

**Account Activity**

| | ID | Datetime | Type | Status | Note | From | To | Amount (total) | Amount (tip) | Amount (tax) | Amount (fee) | Tax Rate | Tax Exempt | Funding Source | Destination | Beginning Balance | Ending Balance | Statement Period Venmo Fees | Terminal Location | Year to Date Venmo Fees | Disclaimer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | $0.86 | | | | | |
| | | | | | | | | | | | | | | | | | $0.86 | $0.00 | | $0.00 | In case of errors or questions about your<br>electronic transfers:<br>- Telephone us at 855-812-4430<br>- Write the Venmo Error Resolution Department at<br>PayPal Inc., P.O. Box 45950, Omaha, NE 68145-0950; or<br>- Write to us through the Contact Us page<br>(https://help.venmo.com/hc/en-us/requests/new)<br>Contact us as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.<br>1. Tell us your name and username or phone number.<br>2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.<br>3. Tell us the dollar amount of the suspected error.<br>We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.<br>In case of errors or questions about your transactions made with your Venmo Mastercard, please consult your Cardholder Agreement<br>(https://venmo.com/legal/bancorp-cardholder-agreement). |

Home Finances Send and Request Rewards Wallet Activity Help 3 LOG OUT

You've been invited! ×

Apply for the PayPal Cashback Mastercard®. See terms.

**Apply now**

Send / Request | Create an invoice | Split a bill | Add c or ba

**Send again**



diana Santam... | 通王 通欣 王 | HQ Hua Qin | D( Dav Con

## PayPal Rewards

# 0 points

$0.00 points back value

Available balance

**Ways to earn**

**Banks and cards**

Shop and send money to friends securely. Link your bank, debit or credit card now.

**Link a Card or Bank**

No Activity

Link your bank

When you get paid, transfer it securely to your bank.

2/5 Set up your account

Make it easier to use PayPal.

**Your favorite charities**

Make giving to the causes you care about simple.

**Add your first charity**

## PayPal balance

# $0.00

Available

Transfer Money

**PayPal Savings**