UNITED STATES BANKRUPTCY COURT

Eastern DISTRICT OF Virginia

Alexandria Division

In Re. Brenda Renee Rahim §
§
§
Debtor(s) §

Case No. 26-11214

☐ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 10/31/2026

Petition Date: 05/19/2026

Months Pending: 6

Industry Classification: 0 0 0 0

Reporting Method: Accrual Basis ○ Cash Basis ◉

Debtor's Full-Time Employees (current): 0

Debtor's Full-Time Employees (as of date of order for relief): 0

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☒ Statement of cash receipts and disbursements
- ☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☐ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☐ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Daniel M. Press
Signature of Responsible Party

11/24/2026
Date

Daniel M. Press
Printed Name of Responsible Party

201 Washington St.
Cumberland, MD 21502
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name Brenda Renee Rahim | Case No. 26-11214

| Part 1: Cash Receipts and Disbursements | | Current Month | Cumulative |
|---|---|---|---|
| a. | Cash balance beginning of month | $63,150 | |
| b. | Total receipts (net of transfers between accounts) | $4,229 | $0 |
| c. | Total disbursements (net of transfers between accounts) | $1,352 | $0 |
| d. | Cash balance end of month (a+b-c) | $66,026 | |
| e. | Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. | Total disbursements for quarterly fee calculation (c+e) | $1,352 | $0 |

| Part 2: Asset and Liability Status<br>(Not generally applicable to Individual Debtors. See Instructions.) | | Current Month |
|---|---|---|
| a. | Accounts receivable (total net of allowance) | $0 |
| b. | Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. | Inventory (Book ○ Market ○ Other ◉ (attach explanation)) | $0 |
| d | Total current assets | $0 |
| e. | Total assets | $0 |
| f. | Postpetition payables (excluding taxes) | $0 |
| g. | Postpetition payables past due (excluding taxes) | $0 |
| h. | Postpetition taxes payable | $0 |
| i. | Postpetition taxes past due | $0 |
| j. | Total postpetition debt (f+h) | $0 |
| k. | Prepetition secured debt | $0 |
| l. | Prepetition priority debt | $0 |
| m. | Prepetition unsecured debt | $0 |
| n. | Total liabilities (debt) (j+k+l+m) | $0 |
| o. | Ending equity/net worth (e-n) | $0 |

| Part 3: Assets Sold or Transferred | | Current Month | Cumulative |
|---|---|---|---|
| a. | Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. | Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. | Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations)<br>(Not generally applicable to Individual Debtors. See Instructions.) | | Current Month | Cumulative |
|---|---|---|---|
| a. | Gross income/sales (net of returns and allowances) | $0 | |
| b. | Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. | Gross profit (a-b) | $0 | |
| d. | Selling expenses | $0 | |
| e. | General and administrative expenses | $0 | |
| f. | Other expenses | $0 | |
| g. | Depreciation and/or amortization (not included in 4b) | $0 | |
| h. | Interest | $0 | |
| i. | Taxes (local, state, and federal) | $0 | |
| j. | Reorganization items | $0 | |
| k. | Profit (loss) | $0 | $0 |

Debtor's Name Brenda Renee Rahim Case No. 26-11214

## Part 5: Professional Fees and Expenses

| | | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | | | | | |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | | | | | | |
| | ii | | | | | | |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |
| | vii | | | | | | |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |
| | xv | | | | | | |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |
| | xxx | | | | | | |
| | xxxi | | | | | | |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xxxvii | | | | | | |
| | xxxvii | | | | | | |
| | xxxix | | | | | | |
| | xl | | | | | | |
| | xli | | | | | | |
| | xlii | | | | | | |
| | xliii | | | | | | |
| | xliv | | | | | | |
| | xlv | | | | | | |
| | xlvi | | | | | | |
| | xlvii | | | | | | |
| | xlviii | | | | | | |
| | xlix | | | | | | |
| | l | | | | | | |
| | li | | | | | | |
| | lii | | | | | | |
| | liii | | | | | | |
| | liv | | | | | | |
| | lv | | | | | | |
| | lvi | | | | | | |
| | lvii | | | | | | |
| | lviii | | | | | | |
| | lix | | | | | | |
| | lx | | | | | | |
| | lxi | | | | | | |
| | lxii | | | | | | |
| | lxiii | | | | | | |
| | lxiv | | | | | | |
| | lxv | | | | | | |
| | lxvi | | | | | | |
| | lxvii | | | | | | |
| | lxviii | | | | | | |
| | lxix | | | | | | |
| | lxx | | | | | | |
| | lxxi | | | | | | |
| | lxxii | | | | | | |
| | lxxiii | | | | | | |
| | lxxiv | | | | | | |
| | lxxv | | | | | | |
| | lxxvi | | | | | | |
| | lxxvii | | | | | | |
| | lxxviii | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | lxxix | | | | | | |
| | lxxx | | | | | | |
| | lxxxi | | | | | | |
| | lxxxii | | | | | | |
| | lxxxiii | | | | | | |
| | lxxxiv | | | | | | |
| | lxxxv | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxix | | | | | | |
| | xc | | | | | | |
| | xci | | | | | | |
| | xcii | | | | | | |
| | xciii | | | | | | |
| | xciv | | | | | | |
| | xcv | | | | | | |
| | xcvi | | | | | | |
| | xcvii | | | | | | |
| | xcviii | | | | | | |
| | xcix | | | | | | |
| | c | | | | | | |
| | ci | | | | | | |

| | | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | | | | |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | | | | | | |
| | ii | | | | | | |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |
| | vii | | | | | | |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xv | | | | | | |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |
| | xxx | | | | | | |
| | xxxi | | | | | | |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |
| | xxxvii | | | | | | |
| | xxxvii | | | | | | |
| | xxxix | | | | | | |
| | xl | | | | | | |
| | xli | | | | | | |
| | xlii | | | | | | |
| | xliii | | | | | | |
| | xliv | | | | | | |
| | xlv | | | | | | |
| | xlvi | | | | | | |
| | xlvii | | | | | | |
| | xlviii | | | | | | |
| | xlix | | | | | | |
| | l | | | | | | |
| | li | | | | | | |
| | lii | | | | | | |
| | liii | | | | | | |
| | liv | | | | | | |
| | lv | | | | | | |
| | lvi | | | | | | |

Debtor's Name Brenda Renee Rahim Case No. 26-11214

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | lvii | | | | | | |
| | lviii | | | | | | |
| | lix | | | | | | |
| | lx | | | | | | |
| | lxi | | | | | | |
| | lxii | | | | | | |
| | lxiii | | | | | | |
| | lxiv | | | | | | |
| | lxv | | | | | | |
| | lxvi | | | | | | |
| | lxvii | | | | | | |
| | lxviii | | | | | | |
| | lxix | | | | | | |
| | lxx | | | | | | |
| | lxxi | | | | | | |
| | lxxii | | | | | | |
| | lxxiii | | | | | | |
| | lxxiv | | | | | | |
| | lxxv | | | | | | |
| | lxxvi | | | | | | |
| | lxxvii | | | | | | |
| | lxxviii | | | | | | |
| | lxxix | | | | | | |
| | lxxx | | | | | | |
| | lxxxi | | | | | | |
| | lxxxii | | | | | | |
| | lxxxiii | | | | | | |
| | lxxxiv | | | | | | |
| | lxxxv | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxix | | | | | | |
| | xc | | | | | | |
| | xci | | | | | | |
| | xcii | | | | | | |
| | xciii | | | | | | |
| | xciv | | | | | | |
| | xcv | | | | | | |
| | xcvi | | | | | | |
| | xcvii | | | | | | |
| | xcviii | | | | | | |

Debtor's Name Brenda Renee Rahim Case No. 26-11214

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xcix | | | | | | |
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

| Part 6: Postpetition Taxes | | Current Month | Cumulative |
|---|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $0 | $0 |
| d. | Postpetition employer payroll taxes paid | $0 | $0 |
| e. | Postpetition property taxes paid | $0 | $0 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

a. Were any payments made on prepetition debt? (if yes, see Instructions) — Yes ○ No ◉

b. Were any payments made outside the ordinary course of business without court approval? (if yes, see Instructions) — Yes ○ No ◉

c. Were any payments made to or on behalf of insiders? — Yes ○ No ◉

d. Are you current on postpetition tax return filings? — Yes ◉ No ○

e. Are you current on postpetition estimated tax payments? — Yes ◉ No ○

f. Were all trust fund taxes remitted on a current basis? — Yes ◉ No ○

g. Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) — Yes ○ No ◉

h. Were all payments made to or on behalf of professionals approved by the court? — Yes ○ No ○ N/A ◉

i. Do you have:
- Worker's compensation insurance? — Yes ○ No ◉
  - If yes, are your premiums current? — Yes ○ No ○ N/A ◉ (if no, see Instructions)
- Casualty/property insurance? — Yes ◉ No ○
  - If yes, are your premiums current? — Yes ◉ No ○ N/A ○ (if no, see Instructions)
- General liability insurance? — Yes ◉ No ○
  - If yes, are your premiums current? — Yes ◉ No ○ N/A ○ (if no, see Instructions)

j. Has a plan of reorganization been filed with the court? — Yes ○ No ◉

k. Has a disclosure statement been filed with the court? — Yes ○ No ◉

l. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? — Yes ◉ No ○

Debtor's Name Brenda Renee Rahim Case No. 26-11214

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $5,558 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $172 |
| d. | Total income in the reporting period (a+b+c) | $5,729 |
| e. | Payroll deductions | $1,500 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $1,500 |
| j. | Difference between total income and total expenses (d-i) | $4,229 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ◯ No ◉ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ◯ No ◯ N/A ◉ |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/S/Brenda R. Rahim
Signature of Responsible Party

Brenda R. Rahim
Printed Name of Responsible Party

Debtor
Title

11/20/2026
Date

PageOnePartOne

PageOnePartTwo

PageTwoPartOne

PageTwoPartTwo

Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name Brenda Renee Rahim Case No. 26-11214

PageThree

PageFour

dayforce

| | |
|---|---|
| **Employer Name:** | Air Line Pilots Association |
| **Employer Phone:** | (703) 689-2270 |
| **Employer Address:** | 7950 Jones Branch Drive<br>Suite 400S<br>McLean, VA 22102 |

| | |
|---|---|
| **Employee Name:** | Brenda R Rahim |
| **Employee #:** | 3965 |
| **Employee Address:** | 634 River Bend Road<br>Great Falls, VA 22066 |
| **Department:** | Finance and Membership - Accounts Payable |
| **Business Title:** | Accounting Analyst - Accounts Payable |

| | |
|---|---|
| **Pay Date:** | 10/9/2026 |
| **Pay Period:** | 9/28/2026 - 10/11/2026 |
| **Deposit Advice #:** | 351808690 |
| **Pay Frequency:** | Bi-Weekly |
| **Federal Filing Status:** | Single |
| **Federal 2c/Extra Withholding:** | No/$0.00 |
| **State Filing Status:** | (VA) |
| **State Exemptions:** | 1 (VA) |

| | Current 9/28/2026 - 10/11/2026 | | | YTD As of 10/11/2026 | |
|---|---|---|---|---|---|
| | **Hours/Units** | **Rate** | **Amount** | **Hours/Units** | **Amount** |
| **Earnings** | **73.50** | | **$2,765.03** | **1,575.00** | **$72,773.27** |
| Regular | 70.00 | 34.1334 | $2,389.34 | 1,355.50 | $45,333.00 |
| Holiday Pay | | | | 51.50 | $1,720.86 |
| Overtime @ 1.5 | 3.50 | 51.2001 | $179.20 | 105.00 | $5,221.28 |
| Bereavement | | | | 35.00 | $1,148.39 |
| Retro | | | | | $148.10 |
| Sick Leave | | | | 14.00 | $477.86 |
| Revenue Share | | | | | $13,074.39 |
| Floating Hol | | | | 7.00 | $238.94 |
| US CO PAID FICA | | | $196.49 | | $5,171.52 |
| Volunteer Day | | | | 7.00 | $238.93 |
| **Taxable Benefits** | | | **$64.04** | | **$1,224.13** |
| W2GRP (GTL) | | | $50.49 | | $944.91 |
| U2LTD | | | $13.55 | | $279.22 |
| **Memo Information** | | | **$414.75** | | **$12,368.67** |
| US Employer RHA VEBA Contribution | | | $27.65 | | $727.72 |
| MBCB ER RSP | | | | | $1,452.71 |
| 401K ER Contr | | | $304.15 | | $8,005.04 |
| MBCB ER Contr | | | $82.95 | | $2,183.20 |
| **Pre-Tax Deductions** | | | **$138.25** | | **$3,638.68** |
| 401K Pre-Tax | | | $138.25 | | $3,638.68 |
| **Taxes** | | | **$578.19** | | **$17,187.51** |
| Fed W/H | | | $241.26 | | $8,192.98 |
| FICA EE | | | $175.40 | | $4,587.84 |
| Fed MWT EE | | | $41.02 | | $1,072.96 |
| VA W/H | | | $120.51 | | $3,333.73 |
| **Post-Tax Deductions** | | | **$37.26** | | **$588.94** |
| Legal | | | $18.00 | | $180.00 |
| Union Dues-NE | | | $19.26 | | $408.94 |
| | **Routing #** | **Account #** | **Amount** | | **Amount** |
| **Net Pay** | | | **$2,011.33** | | **$51,358.14** |
| Direct Deposit | 051403164 | XXXXXX4345 | $2,011.33 | | |

## Accruals & Balances

| | | | |
|---|---|---|---|
| Sick Balance: | 311.5 Hours | | |
| Floating Holiday Balance: | Hours | | |
| Total Vacation Balance: | 194.5 Hours | Total Vacation Accrued: | 8.75 Hours |
| Volunteer Day Balance: | 7 Hours | | |

dayforce

| | |
|---|---|
| **Employer Name:** | Air Line Pilots Association |
| **Employer Phone:** | (703) 689-2270 |
| **Employer Address:** | 7950 Jones Branch Drive<br>Suite 400S<br>McLean, VA 22102 |
| **Employee Name:** | [illegible] Rahim |
| **Employee #:** | 3965 |
| **Employee Address:** | 634 River Bend Road<br>Great Falls, VA 22066 |
| **Department:** | Finance and Membership - Accounts Payable |
| **Business Title:** | Accounting Analyst - Accounts Payable |
| **Pay Date:** | 10/23/2026 |
| **Pay Period:** | 10/12/2026 - 10/25/2026 |
| **Deposit Advice #:** | 360207159 |
| **Pay Frequency:** | Bi-Weekly |
| **Federal Filing Status:** | Single |
| **Federal 2c/Extra Withholding:** | No/$0.00 |
| **State Filing Status:** | (VA) |
| **State Exemptions:** | 1 (VA) |

| | Current 10/12/2026 - 10/25/2026 | | | YTD As of 10/25/2026 | |
|---|---|---|---|---|---|
| | **Hours/Units** | **Rate** | **Amount** | **Hours/Units** | **Amount** |
| **Earnings** | **74.00** | | **$2,792.59** | **1,649.00** | **$75,565.86** |
| Regular | 70.00 | 34.1334 | $2,389.34 | 1,425.50 | $47,722.34 |
| Holiday Pay | | | | 51.50 | $1,720.86 |
| Overtime @ 1.5 | 4.00 | 51.2001 | $204.80 | 109.00 | $5,426.08 |
| Bereavement | | | | 35.00 | $1,148.39 |
| Retro | | | | | $148.10 |
| Sick Leave | | | | 14.00 | $477.86 |
| Revenue Share | | | | | $13,074.39 |
| Floating Hol | | | | 7.00 | $238.94 |
| US CO PAID FICA | | | $198.45 | | $5,369.97 |
| Volunteer Day | | | | 7.00 | $238.93 |
| **Taxable Benefits** | | | **$64.04** | | **$1,288.17** |
| W2GRP (GTL) | | | $50.49 | | $995.40 |
| U2LTD | | | $13.55 | | $292.77 |
| **Memo Information** | | | **$418.89** | | **$12,787.56** |
| US Employer RHA VEBA Contribution | | | $27.93 | | $755.65 |
| MBCB ER RSP | | | | | $1,452.71 |
| 401K ER Contr | | | $307.18 | | $8,312.22 |
| MBCB ER Contr | | | $83.78 | | $2,266.98 |
| **Pre-Tax Deductions** | | | **$139.63** | | **$3,778.31** |
| 401K Pre-Tax | | | $139.63 | | $3,778.31 |
| **Taxes** | | | **$587.56** | | **$17,775.07** |
| Fed W/H | | | $247.02 | | $8,440.00 |
| FICA EE | | | $177.11 | | $4,764.95 |
| Fed MWT EE | | | $41.42 | | $1,114.38 |
| VA W/H | | | $122.01 | | $3,455.74 |
| **Post-Tax Deductions** | | | **$19.46** | | **$608.40** |
| Legal | | | | | $180.00 |
| Union Dues-NE | | | $19.46 | | $428.40 |
| | **Routing #** | **Account #** | **Amount** | | **Amount** |
| **Net Pay** | | | **$2,045.94** | | **$53,404.08** |
| Direct Deposit | 051403164 | XXXXXX4345 | $2,045.94 | | |

## Accruals & Balances

| | | | |
|---|---|---|---|
| Sick Balance: | 322 Hours | Sick Accrued: | 10.5 Hours |
| Floating Holiday Balance: | Hours | | |
| Total Vacation Balance: | 194.5 Hours | | |
| Volunteer Day Balance: | 7 Hours | | |

**Atlantic Union Bank**
PO Box 5568 • Glen Allen, VA 23058

| | |
|---|---|
| Account Number | [redacted]345 |
| Statement Date | 10/30/2026 |
| Statement Thru Date | 11/01/2026 |
| Check/Items Enclosed | 0 |
| Page | 1 |

00178959 M4389DDA103126041643 01 000000000 0178959 004

00178959 0675085 0001-0003

BRENDA R RAHIM
DEBTOR IN POSSESSION
CASE # 26-11214-BFK
634 RIVER BEND RD
GREAT FALLS VA 22066-2705

### Customer Service Information

**Customer Care Center:**
800.990.4828
Monday - Friday: 7am-8pm
Saturday: 7am-5pm

**Mailing Address:**
PO Box 5568
Glen Allen, VA 23058

**Visit Us Online:**
AtlanticUnionBank.com

**Follow us on:**

## RELATIONSHIP SUMMARY AND CURRENT STATEMENT ACTIVITY

| Account Type | Account Number | Balance |
|---|---|---|
| FREE CHECKING | [redacted]4345 | $7,197.11 |

## FREE CHECKING

**Account Number:** [redacted]345

**Account Owner(s):** **BRENDA R RAHIM**
**DEBTOR IN POSSESSION**
**CASE # 26-11214-BFK**

### Balance Summary

| | |
|---|---|
| **Beginning Balance as of 10/01/2026** | **$4,492.27** |
| + Deposits and Credits (2) | $4,057.27 |
| - Withdrawals and Debits (24) | $1,352.43 |
| **Ending Balance as of 10/31/2026** | **$7,197.11** |
| Service Charges for Period | $0.00 |

## TRANSACTION DETAIL

| Date | Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| Oct 01 | BEGINNING BALANCE | | | $4,492.27 |




**SMART SECURITY STARTS WITH YOU**

Scammers are always looking for new opportunities. This Cybersecurity Awareness Month, discover practical ways to help safeguard your personal and financial information.

Learn more at **AtlanticUnionBank.com/SecurityCenter**

MEMBER FDIC


00178959 0675085 0001 0003 M4389DDA103126041643 01 L 00178959

Atlantic Union Bank

| | |
|---|---|
| Account Number | [redacted]4345 |
| Statement Date | 10/30/2026 |
| Statement Thru Date | 11/01/2026 |
| Page | 2 |

00178959 0675087 0002-0003

## TRANSACTION DETAIL (Continued)

| Date | Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| Oct 05 | POS PURCHASE NON-PIN PY *WOMEN'S CLUB OF GRE 408-242-1740 VA 41548980 *****3224 10/02 08:58 | | 75.00 | 4,417.27 |
| Oct 05 | POS PURCHASE WITH PIN HARRIS TEETER #326 STERLING VA 38032602 *****3224 10/03 15:10 | | 24.22 | 4,393.05 |
| Oct 05 | POS PURCHASE NON-PIN SAMSCLUB #4729 STERLING VA 00000088 *****3224 10/03 02:59 | | 50.75 | 4,342.30 |
| Oct 05 | POS PURCHASE NON-PIN SAMSCLUB #4729 STERLING VA 4729001 *****3224 10/03 02:59 | | 88.56 | 4,253.74 |
| Oct 05 | PERSON-TO-PERSON TRANSFER 10/05 07:24 800-990-4828 ZELLE MAGNO IBANEZ | | 170.00 | 4,083.74 |
| Oct 07 | FAIRFAX VA COUN/PP-ECHECK BRENDA RAHIM | | 230.90 | 3,852.84 |
| Oct 08 | AIR LINE PILOTS/PAYROLL BRENDA R RAHIM | 2,011.33 | | 5,864.17 |
| Oct 08 | POS PURCHASE NON-PIN SAFEWAY 1417 GREAT FALLS VA 1417053 *****3224 10/07 13:03 | | 4.94 | 5,859.23 |
| Oct 13 | POS PURCHASE WITH PIN BP#2989700PAR MAR 119 MORGANTOWN WV 18513801 *****3224 10/11 18:31 | | 15.16 | 5,844.07 |
| Oct 13 | POS PURCHASE WITH PIN OAK BARREL CITGO LITTLE ORLEAN MD 0047EC29 *****3224 10/11 21:12 | | 2.85 | 5,841.22 |
| Oct 13 | POS PURCHASE NON-PIN SAMS CLUB #4729 STERLING VA 08834927 *****3224 10/11 08:02 | | 28.67 | 5,812.55 |
| Oct 14 | POS PURCHASE WITH PIN SAFEWAY 1417 GREAT FALLS VA 22841903 *****3224 10/13 22:27 | | 10.10 | 5,802.45 |
| Oct 14 | POS PURCHASE WITH PIN WEGMANS TYSONS CRNR #11 TYSONS VA 11583 *****3224 10/14 15:55 | | 77.70 | 5,724.75 |
| Oct 19 | POS PURCHASE WITH PIN SAFEWAY 1417 GREAT FALLS VA 22841952 *****3224 10/17 11:33 | | 20.43 | 5,704.32 |
| Oct 20 | POS PURCHASE NON-PIN SAMSCLUB #4729 STERLING VA 24472901 *****3224 10/20 17:47 | | 9.52 | 5,694.80 |
| Oct 21 | POS PURCHASE NON-PIN 45425 DULLES CROSSING P STERLING VA 47290083 *****3224 10/20 18:04 | | 38.09 | 5,656.71 |
| Oct 21 | POS PURCHASE NON-PIN FLIK@VALOMRKT MCLEAN VA INC000 *****3224 10/20 01:45 | | 2.39 | 5,654.32 |
| Oct 22 | AIR LINE PILOTS/PAYROLL BRENDA R RAHIM | 2,045.94 | | 7,700.26 |
| Oct 22 | POS PURCHASE NON-PIN STATE FARM INSURANCE 800-956-6310 IL 0001 *****3224 10/21 20:29 | | 388.41 | 7,311.85 |
| Oct 22 | POS PURCHASE NON-PIN FLIK@VALOMRKT MCLEAN VA INC900 *****3224 10/21 01:47 | | 2.39 | 7,309.46 |
| Oct 22 | POS PURCHASE NON-PIN APPLE.COM/BILL 866-712-7753 CA IN7200 *****3224 10/22 12:46 | | 9.99 | 7,299.47 |

Atlantic Union Bank

| | |
|---|---|
| Account Number | [redacted]4345 |
| Statement Date | 10/30/2026 |
| Statement Thru Date | 11/01/2026 |
| Page | 3 |

00178959 0675088 0003-0003

## TRANSACTION DETAIL (Continued)

| Date | Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| Oct 23 | POS PURCHASE WITH PIN SAFEWAY 1417 GREAT FALLS VA 22841953 *****3224 10/22 18:34 | | 4.00 | 7,295.47 |
| Oct 23 | POS PURCHASE NON-PIN FLIK@VALOMRKT MCLEAN VA IN8200 *****3224 10/22 07:30 | | 2.39 | 7,293.08 |
| Oct 26 | POS PURCHASE NON-PIN SAMS CLUB #4729 STERLING VA 14492934 *****3224 10/24 06:13 | | 30.23 | 7,262.85 |
| Oct 26 | POS PURCHASE WITH PIN WM SUPERCENTER #2038 STERLING VA 20380005 *****3224 10/25 12:57 | | 63.35 | 7,199.50 |
| Oct 30 | POS PURCHASE NON-PIN FLIK@VALOMRKT MCLEAN VA IN8900 *****3224 10/29 07:46 | | 2.39 | 7,197.11 |
| Nov 01 | ENDING BALANCE | | | $7,197.11 |

## FEE RECAP

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

Atlantic Union Bank

Good Evening, BRENDA RAHIM

# HIGH YIELD SAVINGS **3911

Last Updated: November 19, 2026 6:13 PM

**$58,829.28** Current Balance | **$58,829.28** Available Balance

Transactions | Details & Settings

| Date | Description | Amount |
| --- | --- | --- |
| OCT 30 2026 | INTEREST EARNED | **+ $171.75** $58,829.28 |
| SEP 30 2026 | INTEREST EARNED | **+ $165.74** $58,657.53 |
| AUG 31 2026 | INTEREST EARNED | **+ $170.76** $58,491.79 |
| JUL 31 2026 | INTEREST EARNED | **+ $159.42** $58,321.03 |
| JUL 22 2026 | Discover (CONA)/PREARRANGE 002*1006402995 BRENDA RAHIM | **+ $5,485.15** $58,161.61 |
| JUN 30 2026 | INTEREST EARNED | **+ $97.24** $52,676.46 |
| JUN 22 2026 | DEPOSIT | **+ $19,586.02** $52,579.22 |
| JUN 8 2026 | Discover (CONA)/PREARRANGE 001*1006402995 BRENDA RAHIM | **+ $12,264.81** $32,993.20 |

| | | | |
|---|---|---|---|
| JUN 4 2026 | DEPOSIT | + $15,004.94<br>$20,728.39 | ⋮ |
| JUN 2 2026 | DEPOSIT | + $5,723.45<br>$5,723.45 | ⋮ |

**Page totals:** Credits: [10] **$58,829.28** | Debits: [0] **$0.00**

1 - 10 of 10 transactions ‹ ›

E*TRADE
from Morgan Stanley

**CLIENT STATEMENT** | For the Period October 1-31, 2026

**STATEMENT FOR:**
BRENDA R RAHIM

| | |
|---|---|
| **Beginning Total Value** (as of 10/1/26) | **$28,848.98** |
| **Ending Total Value** (as of 10/31/26) | **$27,550.19** |
| *Includes Accrued Interest* | |

**Access Your Account Online At**
www.etrade.com or call 800-387-2331

*Morgan Stanley Smith Barney LLC. Member SIPC.*
*E*TRADE is a business of Morgan Stanley.*

#BWNJGWM

BRENDA R RAHIM
634 River Bend Rd
GREAT FALLS VA 22066

*INVESTMENTS AND INSURANCE PRODUCTS: NOT FDIC INSURED • NOT A BANK DEPOSIT • NOT INSURED BY ANY FEDERAL GOVERNMENT AGENCY • NOT BANK GUARANTEED • MAY LOSE VALUE • UNLESS SPECIFICALLY NOTED, ALL VALUES ARE DISPLAYED IN USD*

# Standard Disclosures

The following Disclosures are applicable to the enclosed statement(s). Expanded Disclosures are attached to your most recent June and December statement (or your first Statement if you have not received a statement for those months). The Expanded Disclosures are also available online or by contacting us by using the contact information on the statement cover page.

**Questions?**

Questions regarding your account may be directed to us by using the contact information on the statement cover page.

**Errors and Inquiries**

Be sure to review your statement promptly, and immediately address any concerns regarding entries that you do not understand or believe were made in error by contacting us by using the contact information on your statement cover page. Oral communications regarding any inaccuracy or discrepancy in this statement should be re-confirmed in writing to further protect your rights, including rights under the Securities Investor Protection Act (SIPA). Your statement will be deemed correct unless we receive a written inquiry of a suspected error. See your account documentation for special rules regarding your rights and responsibilities with respect to erroneous electronic fund transfers, including a description of the transfers covered. For concerns or complaints, contact us.

**Senior Investor Helpline**

Senior Investor clients or those acting on their behalf have a convenient way to communicate with our Firm by calling us at (800) 280-4534 Monday-Friday 9am-7pm Eastern Time.

**Availability of Free Credit Balances and Financial Statements**

Under the customer protection rules of the SEC [17 CFR §240.15c3-3], we may use funds comprising free credit balances carried for customer accounts here, provided that these funds are payable to customers on demand (i.e., are free of a lien or right of set-off in our favor or on behalf of some third party to whom you have given control). A financial statement of this organization is available for your personal inspection at its offices, or a copy will be mailed to you upon your written request.

**Listed Options**

Information with respect to commissions and other charges related to the execution of options transactions has been included in confirmations of such transactions previously furnished to you and such information will be made available to you promptly at your request. Promptly advise us of any material change in your investment objectives or financial situation.

**Important Information if You are a Margin Customer**(not available for certain retirement accounts)

If you have margin privileges, you may borrow money from us in exchange for pledging assets in your accounts as collateral for any outstanding margin loan. The amount you may borrow is based on the value of the eligible securities in your margin accounts. If a security has eligible shares, the number of shares pledged as collateral will be indicated below the position.

**Margin Interest Charges**

We calculate interest charges on margin loans as follows: (1) multiply the applicable margin interest rate by the daily close of business net settled debit balance, and (2) divide by 360 (days). Margin interest accrues daily throughout the month and is added to your debit balance at month-end. The month-end interest charge is the sum of the daily accrued interest calculations for the month. We add the accrued interest to your debit balance and start a new calculation each time the applicable interest rate changes and at the close of every statement month. For interest rate information, log into your account online and select your account with a Margin agreement to view more information.

**Information Regarding Special Memorandum Account**

If you have a Margin Account, this is a combined statement of your Margin Account and Special Memorandum Account maintained for you under Section 220.5 of Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the Special Memorandum Account as required by Regulation T is available for your inspection at your request.

**Important Information About Auction Rate Securities**

For certain Auction Rate Securities there is no or limited liquidity. Therefore, the price(s) for these Auction Rate Securities are indicated by N/A (not available). There can be no assurance that a successful auction will occur or that a secondary market exists or will develop for a particular security.

**Structured Investments Risks and Considerations**

Structured Investments (Structured Products) are complex products and may be subject to special risks. Investors should consider the concentration risk of owning the related security and their total exposure to any underlying asset. Structured Investments, which may appear in various statement product categories and are identified on the Position Description Details line as "Asset Class: Struct Inv," may not perform in a manner consistent with the statement product category where they appear and therefore may not satisfy portfolio asset allocation needs for that category. For information on the risks and conflicts of interest related to Structured Investments generally, log in to Morgan Stanley Online and go to https://mso.morganstanleyclientserv.com/publiccontent/pdf/SI-COI.pdf

**Security Measures**

This statement features several embedded security elements to safeguard its authenticity. One is a unique blue security rectangle, printed in heat-sensitive ink on the back of every page. When exposed to warmth, the color will disappear, and then reappear.

**SIPC Protection**

We are a member of Securities Investor Protection Corporation (SIPC), which protects securities of its customers up to $500,000 (including $250,000 for claims for cash). An explanatory brochure is available upon request or at www.sipc.org. Losses due to market fluctuation are not protected by SIPC and assets not held with us may not be covered by SIPC protection. To obtain information about SIPC, including an explanatory SIPC brochure, contact SIPC at 1-202-371-8300 or visit www.sipc.org.

**Transaction Dates and Conditions**

Upon written request, we will furnish the date and time of a transaction and the name of the other party to a transaction. We and/or our affiliates may accept benefits that constitute payment for order flow. Details regarding these benefits and the source and amount of any other remuneration received or to be received by us in connection with any transaction will be furnished upon written request.

**Equity Research Ratings Definitions and Global Investment Manager Analysis Status**

Some equity securities may have research ratings from Morgan Stanley & Co. LLC or Morningstar, Inc. Research ratings are the research providers' opinions and not representations or guarantees of performance. For more information about each research provider's rating system, see the Research Ratings on your most recent June or December statement (or your first statement if you have not received a statement for those months), go online or refer to the research provider's research report. Research reports contain more complete information concerning the analyst's views and you should read the entire research report and not infer its contents from the rating alone. If your account contains an advisory component or is an advisory account, a GIMA status will apply.

**Credit Ratings from Moody's Investors Service and Standard & Poor's**

The credit rating from Moody's Investors Service and Standard & Poor's may be shown for certain securities. All credit ratings represent the opinions of the provider and are not representations or guarantees of performance. Please contact us if you need further information or assistance in interpreting these credit ratings.

Revised 2/4/2025

E*TRADE from Morgan Stanley



## Account Summary

**Morgan Stanley at Work Self-Directed Account** [redacted]202 **BRENDA R RAHIM**

### CHANGE IN VALUE OF YOUR ACCOUNT (includes accrued interest)

| | This Period (10/1/26-10/31/26) | This Year (1/1/26-10/31/26) |
|---|---|---|
| **TOTAL BEGINNING VALUE** | **$28,848.98** | **$27,940.16** |
| Credits | — | — |
| Debits | (38.00) | (38.72) |
| Security Transfers | — | — |
| **Net Credits/Debits/Transfers** | **$(38.00)** | **$(38.72)** |
| **Change in Value** | **(1,260.79)** | **(351.25)** |
| **TOTAL ENDING VALUE** | **$27,550.19** | **$27,550.19** |

### MARKET VALUE OVER TIME

*The below chart displays the most recent thirteen months of Market Value.*




*The percentages above represent the change in dollar value from the prior period. They do not represent account investment performance, as they do not consider the impact of contributions and withdrawals, nor other factors that may have affected performance calculations. No percentage will be displayed when the previous month reflected no value.*

### ASSET ALLOCATION (includes accrued interest)

| | Market Value | Percentage |
|---|---|---|
| Cash | $18,922.60 | 68.68 |
| Equities | 8,627.59 | 31.32 |
| **TOTAL VALUE** | **$27,550.19** | **100.00%** |

*FDIC rules apply and Bank Deposits are eligible for FDIC insurance but are not covered by SIPC. Cash and securities (including MMFs) are eligible for SIPC coverage. See Expanded Disclosures.*
*Values may include assets externally held, as a courtesy, and may not be covered by SIPC. Foreign currency (FX) balances outside of Global Currency Program are not FDIC insured. FX balances may not be SIPC insured. For additional information, refer to the corresponding section of this statement.*




*This asset allocation represents holdings on a trade date basis, and projected settled Cash/BDP and MMF balances. These classifications do not constitute a recommendation and may differ from the classification of instruments for regulatory or tax purposes.*

E*TRADE from Morgan Stanley



## Account Summary

Morgan Stanley at Work Self-Directed Account [redacted]202

BRENDA R RAHIM

### BALANCE SHEET (^ includes accrued interest)

| | Last Period (as of 9/30/26) | This Period (as of 10/31/26) |
|---|---|---|
| Cash, BDP, MMFs | $16,417.08 | $18,922.60 |
| Stocks | 12,431.90 | 8,627.59 |
| **Total Assets** | **$28,848.98** | **$27,550.19** |
| **Total Liabilities** (outstanding balance) | — | — |
| **TOTAL VALUE** | **$28,848.98** | **$27,550.19** |

### INCOME AND DISTRIBUTION SUMMARY

| | This Period (10/1/26-10/31/26) | This Year (1/1/26-10/31/26) |
|---|---|---|
| Qualified Dividends | — | $295.62 |
| Interest | 0.15 | 1.37 |
| **Income And Distributions** | **$0.15** | **$296.99** |
| **Tax-Exempt Income** | — | — |
| **TOTAL INCOME AND DISTRIBUTIONS** | **$0.15** | **$296.99** |

*Taxable and tax exempt income classifications are based on the characteristics of the underlying securities and not the taxable status of the account.*

### ADDITIONAL ACCOUNT INFORMATION

| Category | This Period (10/1/26-10/31/26) | This Year (1/1/26-10/31/26) |
|---|---|---|
| Foreign Tax Paid | — | $7.21 |

### CASH FLOW

| | This Period (10/1/26-10/31/26) | This Year (1/1/26-10/31/26) |
|---|---|---|
| **OPENING CASH, BDP, MMFs** | **$16,417.08** | **$16,120.96** |
| Sales and Redemptions | 2,543.37 | 2,543.37 |
| Income and Distributions | 0.15 | 296.99 |
| **Total Investment Related Activity** | **$2,543.52** | **$2,840.36** |
| Other Debits | (38.00) | (38.72) |
| **Total Cash Related Activity** | **$(38.00)** | **$(38.72)** |
| **Total Card/Check Activity** | — | — |
| **CLOSING CASH, BDP, MMFs** | **$18,922.60** | **$18,922.60** |

### GAIN/(LOSS) SUMMARY

| | Realized This Period (10/1/26-10/31/26) | Realized This Year (1/1/26-10/31/26) | Unrealized Inception to Date (as of 10/31/26) |
|---|---|---|---|
| Long-Term Gain | $1,345.32 | $1,345.32 | $4,030.65 |
| Long-Term (Loss) | (3,158.02) | (3,158.02) | (10,777.47) |
| **Total Long-Term** | **$(1,812.70)** | **$(1,812.70)** | **$(6,746.82)** |

*The Gain/(Loss) Summary, which may be subsequently adjusted, is provided for informational purposes and should not be used for tax preparation. For additional detail, please visit www.etrade.com.*

## Account Detail

Morgan Stanley at Work Self-Directed Account [redacted]-202 BRENDA R RAHIM

**Investment Objectives (in order of priority):** Not Provided

*Inform us if your investment objectives, as defined in the Expanded Disclosures, change.*

**Brokerage Account**

# HOLDINGS

*This section reflects positions purchased/sold on a trade date basis. "Market Value" and "Unrealized Gain/(Loss)" may not reflect the value that could be obtained in the market. Your actual investment return may differ from the unrealized gain/(loss) displayed. Fixed Income securities are sorted by maturity or pre-refunding date, and alphabetically within date. Estimated Annual Income a) is calculated on a pre-tax basis, b) does not include any reduction for applicable non-US withholding taxes, c) may include return of principal or capital gains which could overstate such estimates, and d) for holdings that have a defined maturity date within the next 12 months, is reflected only through maturity date. Actual income or yield may be lower or higher than the estimates. Current Yield is an estimate for informational purposes only. It reflects the income generated by an investment, and is calculated by dividing the total estimated annual income by the current market value of the entire position. It does not reflect changes in its price. Structured Investments, identified on the Position Description Details line as "Asset Class: Struct Inv," may appear in various statement product categories. When displayed, the accrued interest, annual income and current yield for those with a contingent income feature (e.g., Range Accrual Notes or Contingent Income Notes) are estimates and assume specified accrual conditions are met during the relevant period and payment in full of all contingent interest. For Floating Rate Securities, the accrued interest, annual income and current yield are estimates based on the current floating coupon rate and may not reflect historic rates within the accrual period.*

*For additional information related to Unrealized and Realized Gain/(Loss) and tax lot details, including cost basis, please visit www.etrade.com. The information presented on the statement should not be used for tax purposes.*

## CASH, BANK DEPOSIT PROGRAM AND MONEY MARKET FUNDS

*Cash, Bank Deposit Program, and Money Market Funds are generally displayed on a settlement date basis. You have the right to instruct us to liquidate your bank deposit balance(s) or shares of any money market fund balance(s) at any time and have the proceeds of such liquidation remitted to you. Estimated Annual Income, Accrued Interest, and APY% will only be displayed for fully settled positions. Under the Bank Deposit Program, free credit balances held in an account(s) at Morgan Stanley Smith Barney LLC are automatically deposited into an interest-bearing deposit account(s), at Morgan Stanley Bank, N.A. and/or Morgan Stanley Private Bank, National Association, each a national bank, FDIC member and an affiliate of Morgan Stanley. Under certain circumstances, deposits may be held at other FDIC insured Program Banks. For more information regarding the Bank Deposit Program and the Program Banks, go to www.etrade.com/bdpdisclosure.*

| Description | Market Value | 7-Day Current Yield % | Est Ann Income | APY % |
|---|---|---|---|---|
| MORGAN STANLEY BANK N.A. | $18,922.60 | — | — | 0.010 |

| | Percentage of Holdings | Market Value | Est Ann Income |
|---|---|---|---|
| CASH, BDP, AND MMFs | 68.68% | $18,922.60 | — |

E*TRADE from Morgan Stanley



## Account Detail

Morgan Stanley at Work Self-Directed Account [redacted]202 BRENDA R RAHIM

## STOCKS

### COMMON STOCKS

*Morgan Stanley & Co. LLC (Morgan Stanley) and Morningstar, Inc.'s equity research ratings are shown for certain securities. These ratings represent the opinions of the research provider and are not representations or guarantees of performance. The applicable research report contains more information regarding the analyst's opinions, analysis, and rating, and you should read the entire research report and not infer its contents. For ease of comparison, Morgan Stanley and Morningstar, Inc.'s equity research ratings have been normalized to a 1 (Buy), 2 (Hold), and 3 (Sell). Refer to your June or December statement for a summary guide describing the ratings. We do not take responsibility for, nor guarantee the accuracy, completeness, or timeliness of research prepared for Morningstar, Inc.*

| Security Description | Quantity | Share Price | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|
| **AT&T INC (T)** | 339.000 | $21.410 | $14,195.85 | **$7,257.99** | $(6,937.86) | $376.29 | 5.18 |
| *Rating: Morgan Stanley: 1, Morningstar: 1; Next Dividend Payable 11/02/26; Asset Class: Equities* | | | | | | | |
| **NOKIA CP ADR (NOK)** | 160.000 | 8.560 | 1,178.56 | **1,369.60** | 191.04 | 24.48 | 1.79 |
| *Rating: Morgan Stanley: 1, Morningstar: 2; Next Dividend Payable 11/10/26; Asset Class: Equities* | | | | | | | |

| | Percentage of Holdings | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|
| **STOCKS** | **31.32%** | **$15,374.41** | **$8,627.59** | **$(6,746.82)** | **$400.77** | **4.65%** |

| | Percentage of Holdings | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income Accrued Interest | Current Yield % |
|---|---|---|---|---|---|---|
| **TOTAL VALUE** | **100.00%** | **$15,374.41** | **$27,550.19** | **$(6,746.82)** | **$400.77** — | **1.46%** |

*Unrealized Gain/(Loss) totals only reflect positions that have both cost basis and market value information available. Cash, MMF, Deposits and positions stating 'Please Provide' or 'Pending Corporate Actions' are not included.*

## ALLOCATION OF ASSETS

| | Cash | Equities | Fixed Income & Preferred Securities | Alternatives | Structured Investments | Other |
|---|---|---|---|---|---|---|
| Cash, BDP, MMFs | $18,922.60 | — | — | — | — | — |
| Stocks | — | $8,627.59 | — | — | — | — |
| **TOTAL ALLOCATION OF ASSETS** | **$18,922.60** | **$8,627.59** | — | — | — | — |

E*TRADE from Morgan Stanley



## Account Detail

Morgan Stanley at Work Self-Directed Account [redacted]-202 BRENDA R RAHIM

# ACTIVITY

## CASH FLOW ACTIVITY BY DATE

| Activity Date | Settlement Date | Activity Type | Description | Comments | Quantity | Price | Credits/(Debits) |
|---|---|---|---|---|---|---|---|
| 10/7 | 10/7 | Redemption | WARNER BROS DISCOVERY INC SER | FINAL LIQUIDATION<br>CUSIP: 934423104 | 82.000 | $31.0167 | $2,543.37 |
| 10/7 | | Service Fee | WARNER BROS DISCOVERY INC SER | MANDATORY REORG FEE | | | (38.00) |
| 10/30 | | Interest Income | MORGAN STANLEY BANK N.A. | (Period 10/01-10/31) | | | 0.15 |
| **NET CREDITS/(DEBITS)** | | | | | | | **$2,505.52** |

## MONEY MARKET FUND (MMF) AND BANK DEPOSIT PROGRAM ACTIVITY

| Activity Date | Activity Type | Description | Credits/(Debits) |
|---|---|---|---|
| 10/7 | Automatic Investment | BANK DEPOSIT PROGRAM | $2,543.37 |
| 10/8 | Automatic Redemption | BANK DEPOSIT PROGRAM | (38.00) |
| 10/30 | Automatic Investment | BANK DEPOSIT PROGRAM | 0.15 |
| **NET ACTIVITY FOR PERIOD** | | | **$2,505.52** |

# MESSAGES

**Senior Investor Helpline**

For any inquiries or potential concerns, senior investors or someone acting on their behalf may contact our Firm by calling (800) 280-4534, Monday-Friday, 9 a.m.- 6 p.m. Eastern Time.

**Important Update for Account Notifications and Alerts**

Beginning November 14, 2026, electronic account communications and alerts will be sent only to the primary email address on file for your account(s). Alternate or secondary email addresses will no longer receive these communications.

This change applies to electronic communications including account statements, tax documents, trade confirmations, general correspondence, and account alerts.

To help ensure we can reach you with important account communications, please visit https://etrade.com/myprofile to confirm or update your primary email address and contact information to make sure it is accurate and up to date.

E*TRADE
from Morgan Stanley



This page intentionally left blank

coinbase

Coinbase Global, Inc.
248 3rd St, #434, Oakland, CA 94607
+1 888 908-7930

# Transaction History Report for Brenda Renee Rahim

You can use this transaction report to inform your likely tax obligations. For US customers, Sells, Converts, Rewards Income, Learning Rewards, and Donations are taxable events. For final tax obligations, please consult your tax advisor.

**Date Range**
From 2026-10-01 00:00:00 UTC
To 2026-10-31 23:59:59 UTC

**Filter**
Type: all
Asset: all

**User Account**
[redacted]

## Portfolio Summary

| Asset | Quantity | Market Price | Market Value |
|---|---|---|---|
| BTC | 0.006995<br>as of 2026-10-31 23:59:59 UTC | 77409.905 USD/BTC<br>as of 2026-10-31 23:53:00 UTC | 541.48 USD<br>as of 2026-10-31 23:53:00 UTC |
| ETH | 0.02707251<br>as of 2026-10-31 23:59:59 UTC | 2252.46 USD/ETH<br>as of 2026-10-31 23:53:00 UTC | 60.98 USD<br>as of 2026-10-31 23:53:00 UTC |
| NU | 5.17747403<br>as of 2026-10-31 23:59:59 UTC | 0.014615426015462904 USD/NU<br>as of 2026-10-31 23:53:00 UTC | 0.08 USD<br>as of 2026-10-31 23:53:00 UTC |
| USD | 50.11<br>as of 2026-10-31 23:59:59 UTC | 1.00000000 USD/USD<br>as of 2026-10-31 23:59:00 UTC | 50.11 USD<br>as of 2026-10-31 23:59:00 UTC |

Total Market Value
652.65 USD

[1] Inclusive of fees and/or spread. Actual amounts debited and credited to accounts may be rounded to the nearest cent, or smallest equivalent unit of currency. For some transactions, this value represents the best approximation of its fiat equivalent at the time of transaction.

| Timestamp | Transaction Type | Asset | Quantity Transacted | Price Currency | Price at Transaction | Fees | Subtotal | Total [1] | Notes |
|---|---|---|---|---|---|---|---|---|---|

No transactions were found for this time period

| Timestamp | Transaction Type | Asset | Quantity Transacted | Price Currency | Price at Transaction | Fees | Subtotal | Total [1] | Notes |
|---|---|---|---|---|---|---|---|---|---|

For customer service inquiries or complaints, please contact Customer Support or call (888) 908-7930 (international call charges may apply). All transactions are final. Coinbase is not responsible for non-delivery or delayed delivery due to circumstances beyond the reasonable control of Coinbase, including asset protocol operations and incorrect address information.

Coinbase is licensed to engage in Virtual Currency Business Activity by the New York State Department of Financial Services.

This is a service message. Privacy policy

Home | Finances | Send and Request | Rewards | Wallet | Activity | Help | 3 | LOG

PayPal
No activity
Bal. $0.00

Send / Request | Create an invoice | Split a bill | Add c or ba

**Send again**



通王 HQ ZI

diana Santam... | 通欣 王 | Hua Qin | zari kiriak

## PayPal Rewards

# 0 points

$0.00 points back value

Available balance

**Ways to earn**

Ad




Link your bank

When you get paid, transfer it securely to your bank.

2/5

Set up your account

Make it easier to use PayPal.

## PayPal balance

$0.00

Available

Transfer Money

## Take a peek at your federal tax estimate

Get a federal tax estimate in minutes with our tax partner, april. Terms apply.

Get Your Tax Estimate

## PayPal Savings

Say hi to a high 3.75% APY, 9x the national average!*

Start Saving

## Recent activity

## Banks and cards

Shop and send money to friends securely. Link your bank, debit or credit card now.

Link a Card or Bank

## Your favorite charities

Make giving to the causes you care about simple.

Add your first charity

See when money comes in, and when it goes out. You'll find your recent PayPal activity here.

**Show all**

**Popular Cash Back deals** More

39DollarGlasses

**5% back**

Online only +

Yankee Candle

**5% back**

Online only +

Help Contact Us Security Fees

©1999-2026 PayPal, Inc. All rights reserved.

Privacy Cookies Legal Policy Updates

Search by name or email

Filter by

Date: Last 90 days

No transactions yet.

Want to try again with different dates?

PayPal Honey
Coupons? Automatically applied.
You're welcome.
Install Honey
Ad


Venmo.

BR

Brenda

@Brenda-Rahim

**$0.86**

Transfer balance

Pay or Request

Business profile

Create a business profile

Venmo Credit Card

You're invited to apply

Learn more

Search

Notifications

Incomplete

**Statements**

Settings

+

# Account Statement

Current mont...

October 202

## October 2026

No transactions yet for this month, but as soon as they start rolling in, we'll list them here.



Recent transactions could take up to 30 minutes to update your statement.

Help Center

Log out

In case of errors or questions about your electronic transfers, telephone us at **855-812-4430**, write the Venmo Error Resolution Department at 222 W. Merchandise Plaza, Suite 800, Chicago, IL 60654, or write to us through the **Contact us** page.

Contact us as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared: Tell us your name and username or phone number, describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information, and finally tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

In case of errors or questions about your transactions made with your Venmo Mastercard, please consult your **Cardholder Agreement.**

**Contact Us** **Manage Cookies**

Venmo is a service of PayPal, Inc., a licensed provider of money transfer services (NMLS ID: 910457). All money transmission is provided by PayPal, Inc. pursuant to **PayPal, Inc.'s licenses**. © 2021 PayPal, Inc.