**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| In re:<br><br>BRENDA RENEE RAHIM,<br><br>Debtor. | Case No. 26-11214-BFK<br>Chapter 11 |

## ORDER CONTINUING STATUS CONFERENCE

On November 24, 2026, the Court held a status conference pursuant to the Court's Request for Notice of Status. Docket No. 23. At the appointed time for the status conference, Brenda Renee Rahim, the Debtor; Daniel M. Press, counsel for the Debtor; and Kristen S. Eustis, counsel for the United States Trustee, appeared before the Court. For the reasons stated on the record, it is

**ORDERED**:

1. The status conference is **CONTINUED** to **Tuesday, February 16, 2027, at 11:00 a.m.**, in Courtroom I of the United States Bankruptcy Court for the Eastern District of Virginia, located at 200 South Washington Street, 2nd Floor, Alexandria, Virginia 22314.

2. The Debtor shall file a Disclosure Statement and Chapter 11 Plan on or before **January 8, 2027**.

3. The Clerk shall mail copies of this Order, or provide CM-ECF notice of its entry, to the parties below.

Date: Nov 25 2026

Alexandria, Virginia

/s/ Brian F Kenney
HONORABLE BRIAN F. KENNEY
CHIEF U.S. BANKRUPTCY JUDGE

Entered On Docket: Nov 25 2026

Copies to:

Brenda Renee Rahim
634 River Bend Rd
Great Falls, VA 22066
*Chapter 11 Debtor*

Daniel M. Press
Law Office of Daniel M. Press
201 Washington St
Cumberland, MD 21502
*Counsel for Debtor*

Kristen S. Eustis
1725 Duke Street
Suite 650
Alexandria, VA 22314
*U.S. Trustee*